Name  Peter Christian Roper

Address  1550 WILCOX St.,

City, State, Zip  HOLLYWOOD  ), CA 90028

Phone  (909) 522-2648

Fax

E-Mail

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

US BANKRUPTCY COURT APPEALS, Section

UNITED STATES BANKRUPTCY COURT
APPEALS, DISTRICT OF DELAWARE

Peter Christian Roper
1550 WILCOX ST. HOLLYWOOD, Rm 205,
CA 90028 USA  APPELLANT  (S).

GARDEN RIDGE CORPORATION GARDEN RIDGE LLP
FINANCE etc. 19411 AVENUE,
HOUSTON, Texas 77084  T(S).

CASE NUMBER:  OLP-10324 (
DOCKET 2044

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that  Peter Christian Roper  hereby appeals to
                                    *Name of Appellant*
the United States BANKRUPTCY COURT DISTRICT OF DELAWARE  Lower U.S. District
w/Court decision denying CLAIM 2 FOR $ 10 MILLION, and denying Jury Trial
for U.S. Patent, Copyright Royalty Compensation to Peter Roper,
**Criminal Matter**                           **Civil Matter** and Discrimination

☐ Conviction only [F.R.Cr.P. 32(b)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

Entered in this action on March 15, 2006

A copy of said judgment or order is attached hereto.

☐ Order (specify):

☐ Judgment (specify):
Discriminatory decision of Judge K. Grey
in
☐ Other (specify): DENYING Peter Christian's
CLAIM Right To Jury Trial
for Compensation for Patent and Copy-
right Infringement by GARDENRIDGE
Title 35 U.S.C. Sec 271,284. Title 17
Sec. 504 for $5 Million  To
$ 10 Million, 1979-2005, 25 years.
Right To Jury Trial - 7Th. Amendment to
the U.S Constitution.

Date  3/15/06
Title Christian Charles Roper

Signature
☑ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note:  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)

(2)

1   Peter Christian Roper

2   1550 Wilcox ST Rm 205

3   Hollywood , CA 90028

4   909- 522-2648

5   Attorney for :

6

7                          UNITED STATES BANKRUPTCY COURT , FOR APPEALS

8                          FOR THE DISTRICT OF DELAWARE

9                                        APPEAL

10  Peter Christian Roper        )  Case No. 04-10324 (DDS)04-10327

11  1550 WILCOX ST.              )  04-10325, 04-10323, 04-10326

12  Hollywood CA 90028           )  Motion for Order in Section 546(c)

13                               )  of the Bankruptcy Code for Priority

14           V                   ) Claim or Lien in section 503(b)

15  Garden Ridge Corp. Garden  Ridge)  To GRANT PAYMENT

16  Investments, Garden Ridge Management)  FOR CLAIMS

17  Garden Ridge Finance Corp. Garden Ridge)

18  Garden  Holdings  INC        )

19  19411 Atrium Place, Ste.170)

20  Houston, Texas 77084

21  (1)    The APPELLANT, Peter Christian Roper, a hearty, Patriotic,

22  U.S. Citizen, Complete Owner of U.S. Patent 4,713,909 'Indoor

23  AND OUTDOOR CLOTH FARM '  IN Exhibit I, Page  and 5 U.S. VALID

24  Copyrights , and  Copyright TXU-69-514 'United Space of America"

25  in Exhibit 2, Page  files this Motion seeking an order pursuant

26  to section 546 (c) of the Bankruptcy Code granting Priority

27  Claim or Lien in section 503 (b) of the Bankruptcy Code for

28  Payment of Patent  and Copyright Royalties to Peter C. ROPer

(3)

1. IMPROPER SERVICE (2) PETER CHRISTIAN ROPER REQUESTS THAT THIS
2. APPEAL BE GRANTED AND GARDEN RIDGE CORP. And 5 Garden Corps and
3. Three CITIES, Gareden Investments, Garden Ridge Holdings, Garden Ridge Pottery
4. Garden Ridge LLP etc. ,etal Pay PETER CHRISTIAN ROPER $ 6 Million Dollars (Six million Dollars)
5. Compensation For COPYRIGHT And PATENT INFRINGEMENT within Title 17
6. SEC 504 U.S.C and Title 35 U.S.C Code SEC 271,284 and U.S Bankruptcy Code Sec.
7. 506 that this Claim be Granted because Garden Ridge Attorneys Young , Conway ,
8. Statrgatt, Taylor Attorneys etc. Commenced action on Jan 21, 2006 in U.s. Bankruptcy
9. Court and did not Properly serve Peter Christian Roper who found out after the US.
10. Bankruptcy Court Hearing on Feb 17,2006 . This is an IMPROPER INSUFFICIENT
11. SERVICE THAT IS VIOLATION of THE FEDERAL RULES OF CIVIL
12. PROCEDURE TITLE 12 U.S.C. Please, REVERSE LOWER COURT JUDGE Kevin
13. Carey Order and grant Peter Christian Roper's Claim for $6 Million Dollars which is
14. amuch reduced amount of a original $ 4 Billion Claim filed with sufficient
15. documentation, in Exhibits ,Page Peter Christian Roper Request that this
16. Appeal or Motion for Reconsideration be granted, and that Judge Carey order of Feb
17. 17,2006 be reversed, or changed to grant Judge Carey Rop[er Claim fpr $6 Million
18. Dollars which is presently in U.S District Court, Central District of California, Judge
19. Virginia Phillips Ed 04-01571 VAP Bankby Court Exhibit 2,3 Sufficient Evidence
20. have been presented in Exhibits 12 page 41 , Duns an Bradstreet Reports Exhibits 1
21. Page 40 . Accounting Reports Exhibits 2 page 41 , Invoices p 43 which support 27 Exhibit 16 to page 43
22. years from 1979 to 2006 for payment Copyright and Patent Royalties for # $6 Ex 17, P4 p6
23. Million To PETER CHRISTIAN ROPER BY GARDEN RIDGE for making and
24. selling millions and thousands of units of FLORAL FOAM SPONGE FLOWER POTS
25. AND SILK FLOWERS IN PETER CHRISTIAN ROPER, COPYRIGHT TXU 59-
26. AND U,S. PATENT 4,713909 INDOOR AND OUTDOOR CLOTH FARM EXHIBIT 10,
27. PAGE 36 , EXHIBITS , Page 29 ~ EXHIBIT 9, Page 35
28. FOR 5 VALID COPYRIGHTS FROM LIBRARY of CONGRESS

This is Improper Service By Lawyer in Young Conway, which is mal Practice and Obstruction of Justice By Garden Ridge Judges And Lawyers, Young Conway They Should Compensate us $6 million Dollars

(3)

(4)

(3)    The *Appellant* PeterChristian Roper, owner Of 5 Valid Copyrights granted By the Register Of Copyrights, Library of Congress, Washington, D.C. and  valid U.S. Patent 4,713,909 Indoor and Outdoor Cloth Farm request that  his Claim for $10 Million Dollars for Copyright and Patent Infringement, Royalty Compensation be paid, granted, and Upheld because  the Claim was filed on  May 19,2005 time  b efore the June 27,2005 date and May 30,2005  Supplemental Claims Date set by United States Bankruptcy Court Judge Hon. Donald Sullivan in Section 546 (c) of Bankruptcy Code in his ruling on  May13,2005 evidenced in attached Exhibit   . The $1o Million Dollars are  a reduced amount of a $4 Billion Case ED          presently in the U.S. District Court, Central district of California before the HON. Virginia Phillips.

(4)  The *Appellant* Peter Christian Roper,request that his Claim for $10 Million Dollars for Patent And Copyright Royalty, INfringement Damages Compensation be paid, granted or upheld because Garden Ridge made, sold, and commercially advertised Thousands , and millions of units of Floral Foam Sponge Flower Plant Pots ,Silk Flowers protected in The Plaintiff Peter Christian Roper's  5  Valid Copyrights , Copyright Txu 69-514  United space Of America, Exhibit 5 and U.S. Patent 4,713,909 Exhibit 10 Page 24 from 1978- 2005, for 27 years, and evidenced in Garden Ridge  Accounting Records in  Thousands of Flower pots and Plants Sold Exhibit   Page  and In Duns anmd Bradstreet Reports for 2002- 2003 Exhibit    page

(5)   Peter Christian Roper ' Claim should be upheld because Garden Ridge Accounting Records and Reports clearly evidence and supporting evidence from Duns And Bradstreet reports for 2002 2003 and Internety reports clearly revealy rthat Garden Ridge made , sold Commercially advertised Floral Foam Sponge Flower Pots and Silk Flowers in the  Peter Roper Copyright and  U.S. Patent ,4,713,909, 10, Page 36 . Copyrights Exhibits 5 — 9 pages 29- 35.

( 5)

1    Peter Christian Roper, caused by The Defendants, Garden

2    Ridge Corp., Garden Ridge Investments Inc, Garden Ridge

3    Management Inc. Garden Ridge Finance Corp., Garden Ridge

4    L.P, and Garden Ridge Holdings infringment of the

5    Peter Christian Roper 's U.S. Patent 4,713,909 and Copyright

6    TXU 69-514 , Txu 141-593 by making, selling Floral Foam
       1980        1983

7    Sponge  Flower Pots and in combination with Cloth Silk

8    Flower Products protected in Fig 9 of The Plaintiff's

9    U.S Patent 4,713,909 and in Claims 1,23,4 in Exhibit 1,

10   Page   , and Fig 9 in Copyright TXU 69-514 in Exhibit 2,

11   Page   in Millions of Units to Gross Sales of around

12   $30 Billion from 1979- 2005 for 25 years during the life

13   of The Plaintiff's U.S. Patent 4,713,909, and 5 Copyrights

14   that are still alive and actively in force from 1979 to

15   2080 or beyond .

16   ( 6)    The APeLLANT , Peter  Christian Roper, filed an

17   action in United States District Court, Central District of

18   California CV 04-0157 (IWW) in JAN -7, 2005 against Garden

19   Ridge Corp., and its subsidiaries for Payment of Unpaid

20   Patent and Copyright Royalties and Compensation owed to

21   Peter Christian Roper, evidenced in Exhibit   , Page   for

22   nearly  $4  Billion Dollars. The Plaintiff, Peter Christian

23   Roper is  sympathetic to Garden Ridge Reorganization Plan

24   and is prepared to accept a lesser amount off $  6 Million

25   Dollars  or  the maximum amount allowed within the   reor-

26   ganization Plan paid  now and the balance of the $ 6 Million

27   paid in monthly payments over  2 years if Plaintiff s Motion

28   for Priority Claim is granted or unopposed .

( 5) Pete CHrstia CHarls Roper 3/16/06

Robes CHristia Roper 03/10/06

Page 6

(6)

Case No. _____

_Pleas, CHeck THe PATeNT AND CoPYRIGHT PRoDUCT GRAPHICS CompAnsoN EXHIBIT 24, PAGE 52_

(1)  What did you ask the district court to do (for example, award damages, give injunctive relief, order _Peter CHristian RoPe Request to Reverse JudgeKCARey_

1. To Grant me a JURY TRIAL within the 7th. Amendment to the U. S. Constitution to recover Compensation for infringement of my 5 Valid Copyrights in Exhibit 3, page 27 To Exhibit 8, Page 37 and Peter Roper's U.S. Patent 4,713,909, by the Appellee,        Store

2. To Order that _GARDEN Ridge_ Stores, Pay me, Peter Christian Charles Roper $ 6 Million to $.10 Million Compensation for Patent Infringement for the past 6 years, and Patent Damages for 17 years from 1987-2004.

Copyright

3. To have _GARDEN Ridge_ Stores pay me $ .0 Million to $.10 Million infringemen

State the claim or claims you raised at the district court. in 17 Counts

1. Appellant, Peter Charles Roper, is entitled to a JURY TRIAL.

2. Peter Roper Claims Compensation within 17 Counts filed in the Notice of Appeal and the ___ Complaint .           in pages
_GARDEN CORP,_
attached ___ for $.0 Million to $.0 Million from _Ridge_ Stores for their infringement Of Peter Charles Roper's Copyright Txu-69-514 Copyright Txu-141-593, Copyright Txu-39-954, Copyright Txu-25-682 Copyright Txu-16-141 by Commercially selling, advertising Billions of Pages via their _GARDENRidge_ Com Website on the Internet, printing des-
criptions of Floral Foam Sponges Cloth Silk Flowers in His Copyrights.

What issues are you raising on appeal?                      Exhibits      pages

Iam requesting a JURY TRIAL within the 7th. Amendment to the U. S. Constitution. 2. I request a Mediator to mediate a Settlement.

2. I, Peter Christian Charles Roper, Appellant am requesting a reduced
_GARDEN CORP, ETAL_
amount of $.0 Million within the 17 Counts from _Ridge_ Stores for their infringement of My Valid U.S.patent 4,713,909 by making and sellin

billions of units Floral Foam Sponge Products stated in Claim 1 as, " A plant cultivator comprising a cloth structure adapted to hold cult-
ivating material for growing plants with means for varying retention of irrigating liquid.." and in Fig9 there is .. a POT 45..The outer shell includes A "SPONGE LINING 51"in Exhibit _I_, page 23 'SPONGE LINING 51' is the Functional Equivalent of Floral Foam being sold by _GARDENRidge_ Stores in
_142 Stores_ in 49 States for the past 25 years of my Copyright and Patent. _GARDEN RIDGE_ Stores have made $1.6 Billion per Year Dun Bradstreet

Case No. APPEAL 04-10324

(7)

(8)        Lower Court Judge K.CARY DISCRIMINATED
against the Appellant, Peter Christian Charles
Roper because of My Black, Poor AFRICANAMERICAN ETHNICITY in
violation of The 1964 CIVIL RIGHTS LAWS THAT PROHIBIT RACIAL AND ETHNIC
DISCRIMINATION IN PLACES OF PUBLIC ACCOMMODATION LIKE COURTS AND
Stores in   States. Lower Court Judge      Discriminated and denied
me a JURY TRIAL. I REQUEST THAT THE APPELLate COURT REVERSE THE LOWER COURT
AND GRANT US A JURY TRIAL AND COMPENSATION FOR MY 5 COPYRIGHTS AND U.S.
PATENT. (2) The lower Court made NUMEROUS ERRORS in ignoring OVERWHELMING
EVIDENCE OF MILLION OF UNITS OF FLORAL FOAM SPONGE UNITS AND FLORAL FOAM
SPONGE FLOWER POTS made and Sold by GARDEN Stores in 77 To 100 CATALOG CAT-
GORIES in  40 Stores in 50 States FOR 26 Years, from 1979-2005
INFRINGING on PETER CHRISTIAN CHARLES 5 VALID COPYRIGHTS, AND VALID U.S.
PATENT for which he should be Compensated reasonably
     EQUAL RIGHTS 1st to DUE PROCESS,    ofor to  onow
     & EQUAL PROTECTION IN 14TH AMENDMENT TO US CONSTITUTION.

My Right to Jury Trial is Supported by The  7TH. Amendment to the

U.S. CONSTITUTION Which States " In suits where the value of
controversy sexceed $20 , the Right to Trial by Jury shall be Preserved"

Title 17 U.S.C. Sec. 504 "An infringer ofaCopyright is liable for either

(I) The Copyright Owner's actual Damages and any additional profits
of the infringer   (2) statutory damages as provided in c
(b) Actual Damages and Profits.— The Copyrighowner is entitled to
recover the actual damages suffered by him or her as a result of the in-
fringement, and any profits of the infringer..... In establishing the in-
fringer's profits, the Copyright Owner is required to present proof only
of the infringer's Gross Revenues. "GARDEN Stores have earned an average
of $1.6 Billion per year reported by Duns and Bradstreet Exhibit, Page.
Copyright Statutory Damages is "$ 150,000 per Copyright "

Title 35 U.S.C. 271 (a) " Whoever without authority makes, uses, offers
to sell, or sells any patented invention, within the United States, or
imports into the United States any Patented Invention infringes the
Patent. (b) Whoever actively induces infringement of a Patent shall be
liable as an infringer.   (c) Whoever offers to sell or sells within the
United States a component OF A PATENTED MACHINE .....shall be liable as
a contributory infringer.   (d) NO PATENT OWNER ENTITLED TO RELIEF FOR
FOR INFRINGEMENT OR CONTRIBUTORY INFRINGEMENT OF A PATENT SHALL BE
DENIED RELIEF ." Title 35 U.S.C Sec. 284 " on a finding of infringement
the Court may award an amount necessary to Compensate for Damages caused
y infringement but in no event necessary than a reasonable Royalty Rate,
if the ruling is made by a Judge, Judge may award up to three times the
amount ." 4"". 1964 Civil Rights Laws " Discrimination based on race,
color, class, creed religion or ethnic origin is strictly prohibited in
places of Public Accommodation. " 5. " Congress shall have The Right To
Grant to Writers and Inventors the Exclusive Rights to their Writings and
Discoveries " Section 8, Clause 8 U.S. Constitution.

GARDNER Ridge CORP IS  ( 8 )

I  IN VIOLATION OF  Title 35 U.S.C. Sec 271 which  a states,

2  (A) "Whoever without authority makes, uses, offers to sell,

3  or sells any patented invention, within the United States

4  or imports into the United States any patented invention

5  during the term of the patent therefor, infringes the

6  patent.  (b) Whoever actively induces infringement of a

7  patent shall be liable as an infringer. (c) Whoever offers

8  to sell or sells within the United States or imports into

9  the United States a component of a patented machine, man-

10  ufacture, combination, or composition, or a material or

11  apparatus for use in practicing a patented process... shall

12  be liable as a contributory infringer. (D) No patent owner

13  otherwise entitled to relief for infringement or contributory

14  infringement of a patent shall be denied relief.. "

15  Title 35 U.S. C. SEC 284 states, " Upon a finding of Patent

16  Infringement the  Court shall compensate The Claimant for

17  damages caused by the infringement but in no event less than

18  the reasonable royalty rate.. When damages are found by a

19  Judge the Court may grant up to THREE TIMES THE AMOUNT.  "

20  ( 10) Title 17 U.S.C. SEC 504 "  An infringer of Copyright is

21  liable for either- (I) the copyright Owner's actual damages

22  and any additional profits of the infringer, as  provided by

23  by subsection (b); or (2) statutory damages as provided by

24  subsection (c).  (b) Actual Damages and Profits.- The

25  Copyright Owner is entitled to recover the actual damages

26  suffered by him or her as a result of the infringement, and

27  any profits of the infringer that are attributable to the

28  infringement.  In  establishing the infringer's Profits,

( 8 )

( 9 )

1    the Copyright Owner is required to present proof only

2    of the infringer's gross Revenue..."

3    Duns and Bradstreet Reports for 2003 in Exhibit // state   Page 40

4    that Garden Ridge Corp. had Gross Revenues of $364

5    million and Garden Ridge Pottery had Gross Revenues of

6    $304  million, and in addition to Gross Revenues from

7    Garden Ridge Holdings  for $261 million, and Gross

8    Revenues from Garden Ridge LP   $278 Million , Garden

9    Ridge Total Gross Revenues for 2003     equals more than

10   $ 1-2  Billion Dollars. At a Royalty Rate of 20%, The

11   Plaintiff, Peter Christian Roper, would be entitled to

12   $200 Million Dollars for 2003 and or  $1.2 Billion

13   Dollars the past 6 Years for Compensation for Copyright

14   Infringement and Patent Infringement of his U.S. Patent

15   4,713,909, and Copyright TXu 69-514 in Exhibit 5. Page 29

16   For 2002 Garden Ridge Corp. Had $ 400 Million- $1. 5 Billion

17   in Gross Revenues in Exhibit   Page 3 $8Billion IN 1996.

18   (11)    In May 2005 Garden Ridge Corp. will have $75 Million

19   in exit financing, and a  $25 million Equity Infusion from

20   Three Cities  Research as stated by  Garden Ridge Chief

21   Restructuring Officer, Don Martin in Exhibit I. The Plaintiff

22   request that This Case be  placed    on the Active Calendar

23   for Jury Trial. The Plaintiff, Peter Christian Roper, sym-

24   pathizes and supports Garden Ridge recovery from Bankruptcy

25   and is prepared to accept a  lesser amount of compensation   $6 MILLION

26   for Garden Ridge infringement of his U.S. Patent 4,713,909,

27   and Copyrights Txu 69-514, Txu141-593, Txu25-682, Txu39-954,

28   Txu 16  141 ,and International Patent Properties.

( 10 )

COUNT I.  Compensation for  Patent Infringement in Title 35 U.S.C

I.      SEC. 271, 284

2.    (12) The      -, Peter Christian Charles Roper, Owner and

3.    Inventor of U.S. Patent 4,713,909 request the U.S. Court of

4.    Of Appeals, Honorable Judges, hearty Jury members to rule

5.    for the Appellant and have  the Appellee, Ridge Stores, GARDEN COR, ETAL

6.    pay Peter Christian Charles Roper $6 Million Dollars

7.    Compensation for Patent Infringement Damages caused by

8. GARDEN RIDGE AND ITS 40 Stores willful and intentional infringement  by mak-

9.    ing, selling  Billions of Units of FLORAL FOAM SPONGES, and

10.   FLORAL FOAM SPONGE FLOWER POTS protected in the Claims and

11.   Fig 9 of Apellant Peter C Roper's U.S. Patent 4,713,909 .
      Exhibit, 10, Page 28 or whatever necessary amount for 6 years.

12. COUNT 2 (13) The  Appellant, Peter Christian Charles Roper, Owner

13.   of U.S. Patent 4,713,909 request the Honorable Judges for

14.   U.S. Court of Appeals, US. BANKRUPTCY Court, Delaware Circuit, respectable Jury Menbers,
      GARDEN COR ETAL,

15.   to rule to have Ridge Stores, Pay  Peter Christian Roper

16.   $6 Million Dollars in Patent Royalties for making, and

17.   selling  Millions of Units of Floral Foam Sponge Combinations

18.   with Cloth Silk Flowers, and POTTED FLORAL Foam Sponge-, Cloth

19.   Silk Flower combinations in Peter Roper's U.S. Patent4,713,909

20.   from 1979-2004, 26 years or from 1999-2004 or whatever nec-

21.   essary amount within Title 35 U.S.C. Sec. 271 which states

22.   'NO PATENT OWNER SHALL BE DENIED RELIEF'' .Exhibit  , Page

23. COUNT 3 (14) The Appellant, Peter Christian Charles Roper, request

24.   The U.S. Court Appeals Judges, respectable Jury  to rule to
      GARDEN COR, ETAL

25.   have Ridge Stores pay The Appellant, Peter Christian Charles

26.   Roper $6 Million dollars for Business Losses caused by

27.        Stores infringement of his patent or whatever nec-

28.   essary amount in Title 35 U.S.C Sec. 271, 284    (5)

(2/1)

COUNT 4   Triple Damages Patent Compensation Title 35 U.S.C. Sec. 284

1. (15) The Apellant, Peter Christian Charles Roper, request the Hon-

2. rable Judges in The U.S. Court Of Appeals, *U.S. Bankruptcy Court Appeals* respectable Jury

3. Members  to rule for Peter Christian Roper and have the Appell-

4. ee *GARDEN CORP. ETAL* Ridge  Stores, pay him $/8 Million in TRIPLE Damages for

5. infringement of  Peter Roper's U.S. Patent 4,713,909  by making

6. and selling  millions  of units of Floral FOAM SPONGES AND

7. FLOWER POTTED FLORAL FOAM SPONGES, protected in his  U.S. Patent.
8. for 17years from 1987 to 2004 Exhibit Z, Page 7 reverse Lower Court

COUNT 5

9. (16) The Appellant, Peter Christian Roper, requests the Honorable

10. Judges in the U.S. Court of Appeals, respectable JURY to have

11. *GARDEN Ridge* *CORP, ETAL* Stores Pay him  $ 5 Million  or  10% Post Judgement Interest

12. and 10% Pre- Judgement Interest  from 1998-2004 Title 35 U.S.C. 284

13. COUNT 6   The Appellant, Peter  Charles Christian Roper, Original

14. (17) Writer and Owner of Copyright Txu-69-514 'United Space of America'

15. a valid Copyright registered on May 21, 1981 in The Register

16. Of Copyrights, Library Of Congress, Washington, D.C. requests

17. the Honorable U.S. Court of Appeals Judges, respectable JURY

18. to have *GARDEN* *Ridge CORP, ETAL* Stores Pay  him  $.6 Million Dollars Compensation

19. for Copyright Infringement Damages for Commercially advertising

20. Millions of Pages with Expressions and Descriptions of Floral

21. Foam Sponges, and  Flower Pots with Floral Foam Sponges and

22. Cloth Silk Flower Fabric combination protected in his Copyright

23. Txu-69-514 on Their *GARDEN Ridge CORP.* .COM INTERNET WEBSITE, 'Experience

24. The Creativity Magzines, Flyers, printing, publications, etc.

25. to Millions of Consumers in *GARDEN Ridge* *40* Stores in *13* States for

26. 24 Years from 1981 to 2005 during his Copyright within Title 17

27. U.S.C. Sec. 504. *GARDEN Ridge ELtd* Stores has earned $1 .6 Billion per year

28. In Gross Income in Duns and Bradstreet Report Exhibit Z, Page
    and Reverse Lower Court.

1  COUNT 7  Compensation for Copyright Infringement Title 17U.S.C 504

2  (18) The Appellant, Peter Charles Christian Roper, Original Writer,

3  and Owner of Copyright Txu-141-593 'Life In America JESUS Christian

4  World Program : A TRILLION DOLLAR CAMPAIGN TO SAVE AMERICAN FARMERS'

5  a Valid Copyright registered in U.S. Copyright Office, Library of

6  of CONGRESS, Washington, D.C. ON January 24,1983 Exhibit   page. BANKRUPTCY

7  requests the  Honorable Judges in The U.S. Court of Appeals to have

8  GARDEN RIDGE COLR, ESTAH Stores Pay him, Peter  Charles Roper, $ 10  Million  Compen-

9  sation for infringing this Copyright Txu 141-593 By Commercially

10  advertising for sale  Millions of Pages with Expressions and Des-

11  criptions  of Floral Foam Sponges,  Millions of Flower Pots with

12  Floral Foam  Sponges with Cloth Fabric Flowers in 77 to 100 varie-

13  ties in overwhelming evidence in Exhibit 18 Page 40 to EXhibit 22, Page 52

14  On their GARDEN RIDGE CORR Stores. COM INTERNET WBSITE, in the Gates CATALogues,

15  FKM, Audio, Video, Magazine" , Flyers, Priting etc. to Millions of

16  Consumers , in         40 Stores in 50 States for 23 years from

17  1983 to 2005. GARDEN RIDGE 40 Stores has earned $1 . 6 Billion in Gross Rev-

18  per 2002,2003 DUNS and BRADSTREET Report Exhibit 11 , Page 40 EXHIBIT 12,13

19  and a Total of more than $ 33 Billion for 23 years.  The Appellant, BANKRUPTCY

20  Peter Christian Charles Roper, request The Honorable U.S. Court of

21  Appeals to REVERSE THE LOWER COURT, BICTRICT COURTERRONEOUS Decision

22  and  grant COMPENSATION, AND A JURY TRIAL FOR  THE APPellant,

23  PETER CHRISTIAN CHARLES ROPER. or whatever amount the Court or

25  Jury may Rule necessary for Compensation for Copyright Damages

26  Compensation.

27

28

(13)

**COUNT 8**

The Plaintiff, Peter Christian Roper, Inventor and Complete Owner of U. S. PATENT 4713909 Indoor and Outdoor Cloth Farm, and Copyright TXU69-514 " United Space Of America- The Application Of Cloth, Fabric, Fibers to Food, and Flower Plant Cultivation to Feed Billions of People in The World, and Building in Space, Other Planets, And The Universe. " request the respectable, hearty Jury, Judges, the Court to rule that The Defendants, GARDEN Ridge Corp, ETAL, Stores, pay The Plaintiff, Peter Christian Roper, $ 6 Million Dollars

( 6 Million Dollars ) for Discrimination and Denial of Equal Opportunity in Business in refusal to Pay The Plaintiff, Peter Christian Roper, Patent Royalties and infringing the Plaintiff, Peter Christian Roper's U. S. Patent 4713909 ,1979-2005, 1980-2005, for 25 years, and Copyright TXU -69-514 ^ in violation of The Civil Rights Act Of 1964 ,and Title 35 U.S.C. Section 10 1,271,284 and Title 17 U.S.C.504 and Article I Section 8 , Clause 8 Corp, ETAL of The U. S. Constitution, for Discrimination in GARDEN Ridge 40 Stores, in a Place of Public Accommodation' in The 1964 Civil Rights Laws and Reverse Lower District Court, grant Jury Trial.

**COUNT 9 (20)**

(20) The Plaintiff, Peter Christian Roper, request The lively, honorable Jury, Judges, The Court to rule That The Defendants, GARDEN Ridge STORES . Pay all Court Costs, Legal. Expenses, etc. and Pay for The Plaintiff, Peter Christian Roper's Court Costs and all Legal Expenses, and costs related to this Case etc. regardless of outcome or whatever amount the Court may rule necessary for Court Costs, and legal expenses etc., and Reverse District Court, Grant Jury Trial, and Compensation for P.C. Roper.

(14)

COPYRIGHT INFRINGEMENT OF PLAINTIFF 's

COPYRIGHT TXU 25-682 " GROWING PLANTS IN SPACE

FOR OXYGEN SUPPORT FOR BREATHING-Productive

COMMUNITY CITY CENTRE ESTABLISHMENT AA : The

Agrispace PROJECT " Written by Peter Christian

Charles Roper and COPYRIGHTED IN JULY 27, I979

COMPENSATION AND DAMAGES TITLE I7 U.S.C. SEC

COUNT (10) IO

(22)                        , Peter Christian Charles

ROPER, OWNER OF COPYRIGHT TXU25 - 682 and Original

WRITER for this work, " Growing Plants in Space

for OXYGEN SUPPORT for BREATHING, AND Productive

community- city- centre establishment: The Agris-

space Project request the U.S. BANKRUPTCY COURT

OF Appeals DISTRICT OF DELAWARE and , the Honorable Judges

and , THE HEARTY respectable Jury to Rule for

                Peter Christian Charles Roper, and

have the Defendants,    GARDEN RIDGE CORP. ETAL

                        Stores PAY the

peter Christian Charles Roper $6 MILLION ( TEN

MILLION DOLLARS FOR Compensation for The Defendants,

GARDEN RIDGE CORP, ETAL

GARDEN RIDGE STORES 'S infringement of The Plaintiff 's

' COPYRIGHT TXU " 25-682 by Commercially printing 1979-2005,

                                                25 Years,

publishing, advertising for sale, using ,and selling

with Trillions of Pages of advertising via magazines,

an Internet At their Website GARDEN RIDGE .COM Billions of

units of units of The Plaintiff Copyrighted Product

descriptions for Cloth-Silk Flowers and Floral Foams Sponges.

(14)

I    COUNT IO

2    (23)    The *APPELLANT*, Peter Christian Roper, request that

3    The Hearty, Jury, Respectable Judges rule that The Def-

4    Garden Ridge Corp., Garden Ridge Investments INC.,

5    Garden Ridge Lp., Garden Ridge Holdings INC., Garden Ridge

6    Pottery etal. their Administrators, their Representatives,

7    their Receivers, their Assignees, Assignors, their Trustees,

8    their Attorneys, Chairman President

9    Chief Financial Officer Secretary CEO

10   *Confedie* etc. Pay The , Peter Christian Roper, Inven-

11   tor, and Complete Owner of U.S. Patent 4,713909, and

12   Copyright TXU 69-514 'United States Of America "

13   $ 6 Million U. S. Dollars ( *TON* Million U.S

        *OR AN AMOUNT THE COURT MAY RULE necessary*

14   Dollars ) ^ for Patent Infringement and Copyright Infringement

15   between 1979 -2004 ,, 25 years, The *GARDEN RIDGE* and their sub-

16   sidiaries Had the following Sales Revenues for 2004 supported

17   in Exhibit 4, page 28 by Duns And Bradstreet 2004 Financial

18   Reports page 2024 in Evidence !

19   2004 Garden Ridge Corp. Sales Revenues    $461 Million

20   2004 Garden Ridge Holdings INC.    =    $261 Million

21   2004 GardenRidge Investments INC.    =    $228 Million

22   2004 Garden Ridge LP    =    $228 Million

23   2004 Garden Ridge Pottery    + (To be included)

24   2004 Garden Ridge Total Sales Revenue = $1178 Million

25   Garden Ridge Average Yearly Sales    = $ 1.178 Billion

26   Garden Ridge Total Sales for 26 yrs.1979-2004 = $29 Billion

27   Garden Ridge Corp. 2002 Sales Revenue =    $400 Million

     *1996 — $ 8 BILLION*

28   ( Supported in Evidence by Exhibit 5, page 29))

( 1.6 )

Willfull Discrimination and Willful Infringement.

COUNT  II

(24) The APPELLANT , Peter Christian Charles Roper,
Bankruptcy
request  the duly constituted U.S. Appeals  Court, the

Hon.. Judges , Ninth Circuit, to rule  and members inn,

the hearty respectable Jury to have The Defendants GARDEN RIDGE Crp.
etal
AND IT540 Stores, PAY Plaintiff $ 6 Million forl Defendants's

Discrimination willfull,intentional,racial  Infringement

of  The APPELLANT's Patent and Copyrights in the Case.
etal
The :        , GARDEN Ridge Crp have discriminated against

The APPELLANT, Peter Christian Roper, because he is a POOR

Black, African American, and West Indian American, to Reverse Lower
Court.
PUNITIVE DAMAGES FOR  PATENT INFRINGEMENT

COUNT II

(25) The APPELLANT, Peter Christian Charles Roper,
Bankruptcy
request the U.S. Appeals /Court ,   The

Honorable Judges,Ninth Circuit  , Honorable Jury,Members,

and  , the hearty, respectable Jury to Rule for

The APPELLANT , Peter Christian Charles Roper, and
GARDEN Ridge Corp etal,AND ITS SGARDEN Ridge CORPS,
have the    s,  40 Stores INC. PAy  Peter

CHRISTIAN Charles Roper $ 100 MILLION DOLLARS,

( C  E TEN  MILLION DOLLARS ) IN  PUNITIVE DAMAGES

for Infringement of the Peter CRoper's Patent,from 1999-2005,

willfull Intentional Patent Infringement of The Plaintiff, APPELLANT,

Peter Christian  Roper'a U.S. Patent 4,713,909 ' INDOOR

AND OUTDOOR CLOTH FARMS ' by making,using, selling

BILLIONS OF UNITS  of Floral Foam Sponges ,and Potted

Cloth Silk Flowers infringing Plaintiff's Patent, and

REVERSE Lower District Court erroneous decisions. (16)
( 16 )

(17)

I    COPYRIGHT INFRINGEMENT — PUNITIVE DAMAGES

2    TITLE I7 SEC ·50 54 U.S.C.

3

4    COUNT     I3

5    (26)                         Peter Christian Charles

6    Roper, OWNER OF 5 U.S. VALID COPYRIGHTS GRANTED BY

7    REGISTER OF COPYRIGHTS GRANTED BY THE REGISTER OF

8    COPYRIGHTS, LIBRARY OF CONGRESS,   WASHINGTON, D.C.

9        I. COPYRIGHT TXu-69-5I4  'UNITED SPACE OF AMERICA

I0       Peter Charles Roper. Registered  May 22,I98I. Exhibit 5 Page 29

I2       2. COPYRIGHT TXu-I4I-593- 'Life In America JESUS

I3          CHRISTIAN WORLD Program: TRILLION DOLLAR

I4          CAMPAIGN TO SAVE AMERICAN FARMERS AND Farmworkers'   Page
     Exhibit 7
I5   Page 33  Peter Charles Roper. Registered Jan.24,1983 Exhibit 7, 33

I6       3. COPYRIGHT TXu-25-682 ' Growing Plants In Space

I7          for OXYGEN Support for Breathing-productive Comm-

I8          unity-City- Centre establishment: The Agrispace

I9          Project - Peter Charles Roper  Registered July 27,I979

20          Written  in I979 by Peter Charles Roper. Exhibit 8 Page 34

2I

22          4. COPYRIGHT TXu-39-954 ' The Application Utility

23          Action Theory of CLOTH, FABRICS, FIBERS TO THE

224         CULTIVATION OF PLANTS TO END HUNGER, TO FEED THE WORLD,

25          to economic, social, political development and Spa ce

26          Planetary advance, Agriuniversal, World Life, Agricult-

27          ural all ' Written by Peter Charles Roper in I980

28          Copyrighted Registered, Granted Mar. I7, I980 Exhibit 9

            Page 35

(17)

(18)

COPYRIGHT INFRINGEMENT * — PUNITIVE DAMAGES

FOR  PLAINTIFF PETER CHRISTIAN CHARLES ROPER'S

COPYRIGHTS  TITLE 17 U.S.C. SEC 504

COUNT 13  (CONT'D)

(2-1) The Appellant, Peter Christian Charles Roper,
Wrote COPYRIGHT TXu —16—141 " The Prospect and
Developement  of a CLOTH-FABRICS FARM AND GARDEN
AND AGRICULTURAL CITIES ON THE EARTH AND SPACE "
THE AGRICITY PROSPECTUS  " IN 1979
COPRIGHT COPYRIGHT GRANTED FEB 21, 1979 Exhibit   ,
Page

The Appellant, Peter Christian Charles Roper, Owner
of the above 5 Valid Copyrights request the U.S. Bankrupty
Court Of Appeals the Hon. Judges, Ninth Cir, the
Honorable Jury    ", the respectable, hearty Jury
to Rule for (        , Peter Christian Charles
Roper, , and have the Defendants, (    Stores PAY  GAKDOW 1990 COMP ETAL AND ITS 5 Corps
The Plaintiff, Peter Christian Charles Roper, for 25 Yrs 1979-200
$ 10 MILLION DOLLARS (     TEN  MILLION DOLLARS)  910 million
IN Punitive Copyright Infringement Damages for using,
Commercially, publishing, advertising for sale, printing
selling through  (ILLIONS OF PAGES of The Plaintiff's
Copyrighted Floral Foam Sponge and CLOTH-SILK Flower
Products in Billions of Units, also Patented or the
Statutory amount of $ 150,000 Times 5= $750,000
as stated in TITLE 17, SEC 504 and Reverse Lower Court

(18)

*(19)*

COPYRIGHT INFRINGEMENT * – PUNITIVE DAMAGES

FOR PLAINTIFF PETER CHRISTIAN CHARLES ROPER'S

COPYRIGHTS TITLE 17 U.S.C. SEC 504


COUNT 13 (CONT'D)

(27) The APPELLANT, Peter Christian Charles Roper,
Wrote COPYRIGHT TXu –16–141 " The Prospect and
Developement of a CLOTH–FABRICS FARM AND GARDEN
AND AGRICULTURAL CITIES ON THE EARTH AND SPACE "
THE AGRICITY PROSPECTUS " IN 1979
COPRIGHT COPYRIGHT GRANTED FEB 21, 1979 Exhibit
Page


The APPELLANT Peter Christian Charles Roper, Owner
of the above 5 Valid Copyrights request the U.S. Bankruptcy
Court Of Appeals the Hon. Judges, Ninth Cir, the
Honorable Jury    , the respectable, hearty Jury
to Rule for the APPELLANT, Peter Christian Charles
Roper , and have the Defendants, GARDEN RIDGE CORP Total AMDITS 5 Corps
L.O. Stores PAY
The Plaintiff, Peter Christian Charles Roper, for 25 Yrs 1979–200
$ 10,/10 million MILLION DOLLARS (     TEN    MILLION DOLLARS)
IN Punitive Copyright Infringement Damages for using,
Commercially, publishing, advertising for sale, printing
selling through  ILLIONS OF PAGES of The Plaintiff's
Copyrighted Floral Foam Sponge and CLOTH–SILK Flower
Products in Billions of Units, also Patented or the
Statutory amount of $ 150,000 Times 5= $750,000
as stated in TITLE 17, SEC 504 and Reverse Lower Court

*(19)*

( 19 )

I      COUNT  14  Compensation For Pain and Suffering

I₂     ( 28 )                    r, Peter Christian Charles Roper,

3      OWNER of U. S. Patent 4,713,909 "INDOOR AND OUTDOOR

4      CLOTH FARM " and 5 Copyrights ih including  TXu-69-514

5      " UNITED SPACE OF AMERICA " granted by  the U. S. Copy

36     right Office , Library Of Congress , request the U.S

7      Appeals  Court, the Hon. Judges, Ninth Circuit give

8      relief and Compensation the hearty, respectable Jury

9      To Rule  for                    -  Peter Christian Charles
                                    GARDEN RIDGE CORP, UTAH

10     Roper  and have  The Defendants,  Stores, PAY

II     Peter Christian Charles Roper,  $ 6 MILLION DOLLARS

I2     ( SIX  MILLION DOLLARS )  Compensation for  Damages 1979-200
                                                       25 years

I3     caused by PAIN AND SUFFERING , caused by The Defendants, 1007

I4     GARDENRIDGE  Stores  "s  infringement of The Plaintiff's

I5     U. S. Patent 4,713,909  " INDOOR AND OUTDOOR CLOTH FARM "

I6     A Valid Patent, Published by  the Authority of the U.S.

I7     CONGRESS IN THE OFFICIAL GAZETTE  THE P.T.O. , AND

I8     5 Valid Copyrights  by making, selling, commercially

I9     advertising, using MILLIONS OF UNITS of Floral, Foam,

20     Sponges , and  Potted Clothe- Silk Flowers from the

2I     Plaintiff "s Patent and Copyright in violation of

22     TITLE  35 U.S.C SEC 271, 284, and TITLE I7, SEC 504 or

23     or whatever amount the Court may rule necessary.
                                    GARDEN RIDGE CORP, UTAH

24     DUNS AND BRADSTREET Reports that "  Stores

25     YEARLY SALES FOR  2002 was $ 1.6 BILLION DOLLARS ,in

26     evidence in Exhibit  , Page  , TITLE 35 U.S.C. SEC

27     271 " No Patent OWNER SHALL BE DENIED RELIEF "

28     and Reverse Lower Court  erroneous decisions.

( 199 )

(20)

COPYRIGHT INFRINGEMENT OF THE PLAINTIFF'S
COPYRIGHT TXU -39 -954 " THE APPLICATION UTILITY
ACTION THEORY OF CLOTH, FABRICS, FIBERS TO THE
CULTIVATION OF PLANTS TO END HUNGER, TO FEED THE
WORLD, TO ECONOMIC, SOCIAL, POLITICAL DEVELOPMENT
AND SPACE PLANETARY ADVANCE, AGRIUNIVERSAL, WORLD
LIFE, AGRICULTURAL ALL ' TITLE I7 U.S.C. 504

Exhibit 6, Page

COUNT I5

( 29 )                    Peter Christian Charles Roper,
Original Writer , and Copyright Owner of COPYRIGHT
TXu-39-954 ,request The duly constituted U.S. BANKruptcy
Delaware Court, Of Appeals, Ninth Circuit , and The Honorable
Jury Members , the hearty, respectable Jury to Rule
for _____, Peter Christian Charles Roper, to
GARDEN RIDGE CORP, AND SGARDEN RIDGE Corporations
have The Defendants, ^ 4 Stores, PAY The Plaintiff,
Peter Christian Charles Roper $6 MILLION ( $6. MILLION
U.S. DOLLARS ) Compensation for Copyright Infringement
^ from I979-2005, for 25Years
Damages of Peter Charles Christian Roper's COPYRIGHT
TXu -39-954 entitled " The Application Utility Action
Theory of Cloth, Fabrics, Fibers to the Cultivation of
Plants To End Hunger, To Feed The World, to economic,
Social, Political Development, And Space Planetary
Advance, Agriuniversal, World Life, Agricultural All '
By       GARDEN Ridge Cor 40 Stores Commercially Printing,
Publishing, Advertising For Sale, Selling BILLIONS OF
Pages through Flyers, Catalogues, GARDENRIDGE .COM Website
on The Internet World wide WEB, Mail In Brochures
(  )       ( 20 )

COUNT 16          ( - )          (21')

( 30)                          PETER Christian Charles Roper,
Owner of U.S. Patent 4,713,909 published by the Authority
Of The U.S. CONGRESS IN THE OFFICIAL GAZETTE OF THE P.TOM
VOLUMNE 1083 ,and OWNER of 5 Copyrights related to Floral
Foam SPONGES, and POTTED Cloth— Silk Flowers request
heartily, that the duly constituted U.S. Appeals Court
the hearty HONourable        Judges the Jury Members
, and hearty, respectable Jury Rule for        APA
Peter Christian Charles Roper To have The Defendants,
GARDENRIDGE CORP. etal an yardoRidge Frwance
LFD Stores , PAY him $ 6 MILLION DOLLARS (
MILLION DOLLARS FOR LOSS OF EMPLOYMRNT INCOME, BY
The Plaintiff, Peter Christian Charles Roper, caused by
The Defendants, GARDENridge LFD Stores Inc. 's discriminatory
actions in denying the Plaintiff, Peter Christian Charles
Roper Equal Opportunity and infringing The Plaintiff's
Patent and Copyrights caused The Plaintiff, Peter Christian
Charles Roper, to lose Millions in Employment Income
because of the time lost in having to file Law Suits
to go to Court to deal with Patent Infringement and
and Copyright Infringement caused The Plaintiff,
Peter Christian Charles Roper who works in the Radio,
Television, Film, and Entertainment Industry to lose
Employment income or whatever amount the Court may rule
necessary. compensation for 25 Years ,1979-2005 infringe-
ment by 1007 JO-Ann Stores and Loss of Income by P.C. Roper.

Peter CHristian Roper PLaintiff 3/15/06

Peter CHristian CHarles Roper 3/1/0

(22)

COUNT IV

(31)            , Peter Christian Roper, request The Jury,
the Judges, The respectable Court to grant relief, and
Compensation The Plaintiff, Peter Christian Roper, The
Inventor and Owner of United States Patent 4713909
'INDOOR AND OUTDOOR CLOTH FARM ' and rule that GARDEN Ridge corp
AND 'Garden Ridge' LTD 'Stores ∧ , Pay
Peter Christian Roper,       $ 6,000,000 ( 6 Million U.S.
Dollars ) Compensation for Patent Damages to The Plaintiff,
Peter Roper 's U. S. Patent 4713909 caused by The Defendants,
GARDEN Ridge & Nurseries, GARDEN Ridge Finance & GARDEN RidgeLLC
Garden Ridge Corp. refusal to Pay Patent Royalties to
               , Peter Christian Roper, making it financially
difficult for Peter Roper, The Complete Patent Owner, to
Pay $ 20,000  for Patent Maintenance Fees resulting in
potential involuntary abandonment of Patent, withdrawal
premature expiration, and potential probable invalidity of
Patent , so damaging Patent from 1978 to 2004, 26 years,
in violation of Title 35 U.S.C. Section 101 that states,

   "Whoever invents a new machine, manufacture, process or
    improvement becomes entitled to Patent. "

and Title 35 U.S.C. Section 271 " whoever withour
Authority makes, uses, offers to sell, sells Any Patented
invention in the united states, ... infringes the patent. "
and Article I Clause 6 of The U.S. Constitution that states,

   "  Congress shall have The Right to Grant To Writers and
      Inventors .. the exclusive Rights to their Writings and
      Discoveries . "   and the 14 th. Amendment to the U.S.
Constitution that states,  " Equal Protection....life, liberty,
or property shall not be taken away without due process of law."

Peter Christian Roper Roper 3/15/06 (22)

FILED

(23)

1   Peter Christian Roper

2   1550 Wilcox ST.,

3   San Bernardino, CA 92410

4   (909) 888-1430

2005 APR 27 PH 3:47

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

5

6   EXHIBIT I

7   UNITED STATES DISTRICT COURT

8   CENTRAL  DISTRICT OF CALIFORNIA

9

10  Peter Christian Roper        )

11  127 W Baseline ST.,          )        Case No. (A) CV04-01571 VAP (SGLx)

12  San Bernardino, CA 92410)             Hon. Judge Virginia Phillips

13              Plaintiff )

14          vs-                  )        JURY TRIAL

15  Garden Ridge Corp.           )        QUARTERLY REPORT

16  19411 Atrium Place,          ) Title 35 U.S.C. Sec. 284 Patent

17  Houston, Texas 77048'        ) Infringement. Title 17 U.S.C.

18          Defendants           ) Sec.504 Copyright Infringement

19

20

21      (I)      The Plaintiff, Peter Christian Roper, a Patriotic

22          U.S. Citizen  heartily  request  a Jury Trial within the

23          7th Amendment to the U.S.  Constitution, and that

24          this Case be reopened and placed on the Active Calendar

25          because of the Defendants, Garden Ridge Corp., emerging

26          from Bankruptcy in May   2005  as stated by Garden

27          Ridge Corp. President  Steve Higgins, and Chief  Re-

28          structuring Officer, Don Martin in their  Monthly

(23)

(24

1    report, for  March 2005, as supported here in evidence

2    in Exhibit I  BY  NEWS REPORT entitled "GARDEN RIDGE

3    INCREASES COMP SALES IN MARCH: NEXT COURT HEARING SET

4    FOR APRIL 28  .  "

5    (?)  " We are anticipating a favorable *Response* from the

6    creditors and expect Garden Ridge to -- -- emerge from

7    Chapter II with a strong balance sheet and ample line

8    of credit, " said  Don Martin, Chief Restructuring Officer of

9    of Garden Ridge, stated here in evidence in Report in

10   Exhibit  - *Page* .

11   (?)  Garden Ridge has had increasing monthly Sales from

12   July 2004, August 2004, Sept. 2004,  October 2004, Nov-

13   ember 2004, December 2004, January 2005, February 2005,

14   March 2005, as supported in evidence in Exhibit 2, Page 6

15   in Reports entitled, GARDEN RIDGE  NEWS RELEASES

16   (10)   The Plaintiff, Peter Christian Roper, therefore

17   requests that the  Case be reopened and placed on the

18   Active Calendar, that a Scheduling Order For A Jury

19   Trial be set;  and The  Hon. Judge Phillips, or res-

20   pectable Jury rule that  Garden Ridge compensate and

21   pay The Plaintiff, Peter Christian Roper the amounts

22   in the Counts in the Plaintiff 's Original, First

23   Complaint or a  lesser  amount  as  The Judge or Jury

24   may rule  necessary to Compensate The Plaintiff for (Peter C. Roper)

25   Damages caused By Garden Ridge infringing the Plaintiff

26   U.S. Patent 4,713,909 Indoor and Outdoor Cloth Farm, and

27   Copyright TXu 69-514 in Exhibit 3,4 by making and selling

28   Floral Foam combinations with Silk Flowers Cloth products

( 24)

( 24 )

1   report, for March 2005, as supported here in evidence

2   in Exhibit I  BY  NEWS REPORT entitled "GARDEN RIDGE

3   INCREASES COMP SALES IN MARCH: NEXT COURT HEARING SET

4   FOR APRIL 28  . "

5   (2)  " We are anticipating a favorable *Response* from the

6   creditors and expect Garden Ridge to - - - emerge from

7   Chapter II with a strong balance sheet and ample line

8   of credit, " said  Don Martin, Chief Restructuring Officer of

9   of Garden Ridge, stated here in evidence in Report in

10  Exhibit I . *Page 5.*

11  (3)  Garden Ridge has had increasing monthly Sales from

12  July 2004, August 2004, Sept. 2004,  October 2004, Nov-

13  ember 2004, December 2004, January 2005, February 2005,

14  March 2005, as supported in evidence in Exhibit 2, Page *6*

15  in Reports entitled, GARDEN RIDGE  NEWS RELEASES

16  (4)  The Plaintiff, Peter Christian Roper, therefore

17  requests that the  Case be reopened and placed on the

18  Active Calendar, that a Scheduling Order For A Jury

19  Trial be set;  and The Hon. Judge Phillips, or res-

20  pectable Jury rule that  Garden Ridge compensate and

21  pay The Plaintiff, Peter Christian Roper the amounts

22  in the Counts in the Plaintiff 's Original, First

23  Complaint or a  lesser  amount  as  The Judge or Jury

24  may rule  necessary to Compensate The Plaintiff for

25  Damages caused By Garden Ridge infringing the Plaintiff

26  U.S. Patent 4,713,909 Indoor and Outdoor Cloth Farm, and

27  Copyright TXu 69-514 in Exhibit 3,4 by making and selling

28  Floral Foam combinations with Silk Flowers Cloth products

Peter Christian Roer
127 W Baseline St
San Bernardino Ca 92410
(909) 381-1779 Q

**Attorneys for Plaintiff**   Exhibit 2

2005 JAN -7 AM 11:34

FILED

LODGED

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Peter Christian Roper        ED CV 04 - 01571 VAP
127 W. Baseline ST. San Bernardino:        Case No.        SGLX
CA 92410
                    Plaintiff (S) )   Summary Judgement JURY TRIAL

        -vs-        )   Title 35, Section 271
                        COMPLAINT FOR
Garden Ridge        Corp.   )   Patent Infringement, Copyright
19411 Atrium Place Ste. 170   )   Infringement Title 17 U.S. C.
Houston, TX 77084  Garden Ridge Investments Inc..,
Garden Ridge Holdings Inc.,   )   THREE JUDGE COURT
Garden Ridge LP,   Defendants (s) )   Garden Ridge Pottery
        AND  SUBSIDIARIES   )
                        )

( I )   The Jurisdiction of The United States District Court
Central District Of California is related to this case ,
because  The Plaintiff, Peter Christian Roper, alively, Patriotic
U. S. Citizen is resident of 127 W Baseline St., San Bernard-
ino, County, CA 92410, and Complete Owner of U.S. Patent #717909
and Copyright TXU:       , and The Defendants, Garden Ridge Corp.
is located at 19411 Atrium Place, Ste. 170, Houston, TX 77084
with more than 40 Stores in more than 13 States, HAVE INFRINGED
HIS Patent AND

*EXHIBIT 3*    (26)

FILED

2005 JAN -7 AM 11:33
CLERK U.S. DISTRICT COURT
CEN. DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETER CHRISTIAN ROPER

PLAINTIFF(S)

V.

GARDEN RIDGE CORPORATION

DEFENDANT(S)

CASE NUMBER

**EDCV04- 1571 VAP  SGLx**

## ORDER RE LEAVE TO FILE ACTION
## WITHOUT PREPAYMENT OF FILING FEE

LODGED

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Note: This order does not authorize a plaintiff to proceed in forma pauperis nor does it authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned. The Judge may strike the complaint or may dismiss the action for failure to comply with the Federal Rules of Civil Procedure or the Local Rules of the District Court.

12/36/04

_____
Date

_____
United States Magistrate Judge

=====================================================================

**IT IS RECOMMENDED** that the application of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency

☐ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous

☐ Immunity as to _____

☐ Other: _____

Comments:


_____
Date

_____
United States Magistrate Judge

=====================================================================

**IT IS ORDERED** that the application of plaintiff to file the action without prepayment of the filing fee is:

☐ **GRANTED**        ☐ **DENIED (See note above).**


_____
Date

_____
United States District Judge

(26)

(27)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: *EXHIBIT 4* | ) Chapter 11 Cases |
| | ) |
| GARDEN RIDGE CORPORATION, | ) Case No. 04-10324 (DDS) |
| GARDEN RIDGE INVESTMENTS, INC., | ) Case No. 04-10325 (DDS) |
| GARDEN RIDGE MANAGEMENT, INC., | ) Case No. 04-10323 (DDS) |
| GARDEN RIDGE FINANCE CORPORATION, | ) Case No. 04-10326 (DDS) |
| GARDEN RIDGE, L.P., and | ) Case No. 04-10327 (DDS) |
| GARDEN HOLDINGS, INC., | ) Case No. 04-10365 (DDS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING DEBTORS' FIRST AMENDED JOINT PLAN OF
REORGANIZATION (CORRECTED) UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (B) EFFECTIVE
DATE OF PLAN, (C) REJECTION DAMAGES CLAIMS BAR DATE, (D) SUPPLEMENTAL ADMINISTRATIVE
CLAIMS BAR DATE, AND (E) DEADLINE FOR CERTAIN HOLDERS OF RECLAMATION CLAIMS TO SEEK
ORDER UNDER SECTION 546(c) OF THE BANKRUPTCY CODE**

TO ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST OF GARDEN RIDGE
CORPORATION, GARDEN RIDGE INVESTMENTS, INC., GARDEN RIDGE MANAGEMENT, INC., GARDEN RIDGE
FINANCE CORPORATION, GARDEN RIDGE, L.P., AND GARDEN HOLDINGS, INC.:

PLEASE TAKE NOTICE that on April 28, 2005 (the "Confirmation Date"), the United States Bankruptcy
Court for the District of Delaware (the "Bankruptcy Court") entered its Findings of Fact, Conclusions of Law, and Order Under
Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming Debtors' First Amended Joint Plan of
Reorganization (Corrected) Under Chapter 11 of the Bankruptcy Code, Dated March 29, 2005 (the "Confirmation Order").
Unless otherwise defined in this Notice, capitalized terms used in this Notice shall have the meanings ascribed to them in the
Debtors' First Amended Joint Plan of Reorganization (Corrected) Under Chapter 11 of the Bankruptcy Code, Dated March 29,
2005 (as modified by certain technical modifications filed on April 28, 2005, and including the exhibits thereto, and all
documents and agreements executed pursuant thereto, and as modified from time to time, the "Plan").

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1141(a) of the Bankruptcy Code, the provisions
of the Plan and the Confirmation Order shall bind (i) the Debtors and their estates, (ii) the Reorganized Debtors, (iii) all holders
of claims against and equity interests in the Debtors that arose before or were filed as of the Effective Date, whether or not
impaired under the Plan and whether or not, if impaired, such holders accepted the Plan or received or retained any property
under the Plan and (iv) each person acquiring property under the Plan.

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan was May 12, 2005.

PLEASE TAKE FURTHER NOTICE that, except as expressly provided in the Confirmation Order and other
than (x) executory contracts or unexpired leases that have been rejected by the Debtors before the Confirmation Date; (y)
employment agreements that were terminated or rejected prior to the Confirmation Date; and (z) employment agreements,
executory contracts and unexpired leases identified on Schedule XI-R to the Plan (as amended from time to time, "Schedule
XI-R"), which will be rejected as of the corresponding rejection dates set forth on Schedule XI-R, all of the executory contracts
and unexpired leases that exist between the Debtors and any person are specifically assumed as of and subject to the Effective
Date. Except as expressly provided in the Confirmation Order, unexpired leases of nonresidential real property identified on
Schedule XI-A to the Plan (as amended from time to time, "Schedule XI-A"), are specifically assumed as of and subject to the
Effective Date. The Reorganized Debtors, except as otherwise agreed by the parties, will cure any and all undisputed defaults
under any executory contract or unexpired lease that is assumed pursuant to the Plan in accordance with section 365 of the
Bankruptcy Code. All disputed defaults that are required to be cured shall be cured either within 30 days of the entry of a Final
Order determining the amount, if any, of the Debtors' liability with respect thereto, or as may otherwise be agreed to by the
parties. Notwithstanding anything to the contrary in the Plan, the timing and amount of all cure payments payable with respect
to the leases identified in Schedule XI-A shall be as described on Schedule XI-A.

(27)

5/13/05
1631

*EXHIBIT 4  (28)*

PLEASE TAKE FURTHER NOTICE that any party in interest wishing to obtain a copy of the Confirmation Order may request such copy at the Debtors' expense by contacting Thomas Hartzell, Paralegal, Young Conaway Stargatt & Taylor, LLP, 1000 West St., 17th Floor, P.O. Box 391, Wilmington, Delaware 19801, at (302) 573-7794, thartzell@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website at www.deb.uscourts.gov.

### Rejection Damages Claims Bar Date

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court or as provided in the Confirmation Order, all holders of Claims for damages arising from the rejection of executory contracts or unexpired leases must file their Claims with the Court in accordance with the terms of the order authorizing such rejection, but in no event later than June 27, 2005 or shall be forever barred from doing so.

### Supplemental Administrative Claims Bar Date

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, all holders of Administrative Claims (except for Fee Claims and Ordinary Course Administrative Claims), arising after March 2, 2005 ("Supplemental Administrative Claims") shall file applications for allowance of such Claims on or before May 30, 2005 (the "Supplemental Administrative Claims Bar Date"), or shall be forever barred from doing so. The Reorganized Debtors shall have 60 days (or such longer period as may be allowed by order of the Bankruptcy Court) following the Supplemental Administrative Claims Bar Date to review and object to such Administrative Claims and serve such objections upon the holders of such Administrative Claims.

PLEASE TAKE FURTHER NOTICE that all holders of Supplemental Administrative Claims must send their application for allowance of such Claims by mail, hand, or overnight delivery to The Altman Group, Inc., Re: Garden Ridge, 60 East 42nd Street, Suite 405, New York, New York 10165 in a manner such that applications will be received no later than 5:00 p.m. EDST, May 30, 2005.

### Deadline for Certain Holders of Reclamation Claims to Seek Order Under Section 546(c) of the Bankruptcy Code

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, holders of Ineligible Reclamation Claims, holders of Eligible Reclamation Claims that have elected Option B under the Plan and holders of Eligible Reclamation Claims that did not cast a Ballot shall file a motion seeking an order pursuant to section 546(c) of the Bankruptcy Code granting such holders a lien or a claim entitled to priority under section 503(b) of the Bankruptcy Code on or before May 30, 2005. Holders of such Reclamation Claims that fail to file such a motion shall be afforded the treatment prescribed for holders of General Unsecured Claims (or Convenience Claims, as may be the case) and shall receive no other distributions or treatment on account of such holders' Reclamation Claims. The Debtors and the Reorganized Debtors, as the case may be, reserve the right to oppose any such motions.

Dated: Wilmington, Delaware
     May 13, 2005

**Attorneys for the Debtors:**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan
Joseph M. Barry
Sean T. Greecher
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19801
(302) 571-6600

BY ORDER OF THE BANKRUPTCY COURT
    Donal D. Sullivan
    United States Bankruptcy Judge

-and-  PAUL, WEISS, RIFKIND, WHARTON & GARRISON
    Alan W. Kornberg
    Curtis J. Weidler
    Justin G. Brass
    1285 Avenue of the Americas
    New York, New York 10019-6064
    (212) 373-3000

*EXHIBIT 4*

(28)



(29)

Date: **March 16, 2005**

**EXHIBIT 5**

## FACSIMILE COVER PAGE

### TO

NAME: _Peter Roper_

Location: _1622 Wilcox Ave, Rm 125 Hollywood, CA 90028_

Telephone Number: _(909) 649-8226_

FAX Equipment Number: _(909) 381-2229_

### FROM

NAME: _Certifications and Documents Section_

Location: _Washington, DC 20559-6000_

Telephone Number: ( 202 ) 707-6787

FAX Equipment Number: ( 202) 252-3519

\*\*\*\*\*\*\*\*\*\*

IF THERE ARE PROBLEMS IN TRANSMISSION:

Please Call: _Alicia Newton_

Telephone Number: _(202) 707-9545_

Message (if any): _TXU 69-514_

1 of _3_ pages

**EXHIBIT 5**

<table>
<tr><td>③<br>Creation<br>and<br>Publication</td><td colspan="2">YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:<br>Year 1930<br>(This information must be given in all cases)</td><td colspan="4">DATE AND NATION OF FIRST PUBLICATION:<br>Day<br>Nation</td></tr>
<tr><td>④<br>Claimant(s)</td><td colspan="6">NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)<br>PETER CHARLES ROPER<br>967 East 224 th Street<br>Bronx, New York 10467</td></tr>
<tr><td></td><td colspan="6">TRANSFER: If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.</td></tr>
</table>

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 10

(29)

DO NOT WRITE HERE
Page 1 of ___ pages

# FORM TX

UNITED STATES COPYRIGHT OFFICE

(30)

*EXHIBIT 5*

REGISTRATION NUMBER

TXU  69-514

TX    TXU

EFFECTIVE DATE OF REGISTRATION

22 MAY 1981

(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(1)** **Title**

TITLE OF THIS WORK: *UNITED SPACE OF AMERICA. HUMAN RIGHTS, GENES, EMPLOYMENT, GROWTH AND UNNERGY, MOON CULTIVATION OF PLANTS, FOREIGN VACCINE, PEST, BABY-FUR, WEST-INDIAN AMERICA, ENVIRON, WRITINGS FOR TELEVISION PRODUCTION FILM, MAGAZINES*

PREVIOUS OR ALTERNATIVE TITLES: *LIFE, GROWN at YORK*

If a periodical or serial give: Vol. ...... No. ...... Issue Date ......

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ...... Vol. ...... No. ...... Date ...... Pages ......

**(2)** **Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: *PETER CHARLES ROPER*

Was this author's contribution to the work a "work made for hire"? Yes ...... No ✓

DATES OF BIRTH AND DEATH: Born 9/14/1953 Died ......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of *U.S.A.* or Domiciled in *U.S.A.*

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ✓ Pseudonymous? Yes ...... No ✓

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) *ECONOMIC Scientific*

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ✓

DATES OF BIRTH AND DEATH: Born ...... Died ......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH: Born ...... Died ......

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3)** **Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year *1980*

(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:

Date ...... (Month) (Day) (Year)

Nation ...... (Name of Country)

(Complete this block ONLY if this work has been published.)

**(4)** **Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

*PETER CHARLES ROPER*
*951 East 224 th. Street*
*Bronx, New York 10467*

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached   • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 3 pages

*EXHIBIT 5 page 30*

**Copyright**  **Search Records Results**

*(31)*

Registered Works Database (Registration Number Search)    *EXHIBIT 6*
**Search For:**

TXu-69-514 (COHM)

> Title: United space of America, human rights, Jesus, employment grow and
> universal moon cultivation of plants, clothgrow valuation, project bal
> life, grow New York, West Indian America, and in America writings fo
> television production, film, magazines, books, radio, and many, man
> billions farms for Feed I International / by Peter Charles Roper.

Description: 19 p.

Claimant: Peter Charles Roper

Created: 1980

Registered: 22May81

Special Codes: 1/B

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

*EXHIBIT 6*

*(31)*

 rch Records Results (33)

Registered Works Database (Registration Number Search)   EXHIBIT 7

**Search For:**

TXu-141-593 (COHM)



Title: Life in America Jesus Christian world program : a trillion dollar campaign to save American farmers / by Peter Charles Roper.

Description: 42 p.

Claimant: Peter Charles Roper

Created: 1983

Registered: 24Jan83

Miscellaneous: C.O. corres.

Special Codes: 1/B/D

Home | Contact Us | Legal Notices | Freedom o....t (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

EXHIBIT 7

(33)

 **Copyright**  **Search Records Results**  (34)

Registered Works Database (Registration Number Search)   *EXHIBIT 8*
**Search For:**

TXu-25-682 (COHM)

|  |  |
|---|---|
| Title: | Growing plants in space for oxygen support for breathing--productiv/ community-city-centre establishment : the Agrispace project / by Peter Roper. |
| Description: | 2 p. |
| Claimant: | Peter Charles Roper |
| Created: | 1979 |
| Registered: | 27Jul79 |
| Special Codes: | 1/B |

[Start A New Search]

---

*EXHIBIT 8*

(34)

**Copyright** | **Search Records Results**

Registered Works Database (Registration Number Search)     *EXHIBIT 9*
**Search For:**

TXu-39-954 (COHM)

Title: The Application utility action theory of cloth, fabrics, fibers to the cultivation of plants to end hunger, to feed the world, to economic, social, politi development and space planetary advance, agriuniversal, world life, agricultural all / by Peter Charles Roper.

Description: 2 p.

Claimant: Peter Charles Roper

Created: 1980

Registered: 17Mar80

Special Codes: 1/B/D

Conduct Another Search

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

*EXHIBIT 9*

*(35)*





# United States Patent [19]

Roper et al.

[11] Patent Number: 4,713,909

[45] Date of Patent: Dec. 22, 1987

[54] INDOOR AND OUTDOOR CLOTH FARM

[76] Inventors: Peter Roper, 957 E. 224th St., Bronx, N.Y. 10466; George Spector, 233 Broadway, 3615 Woolworth Bldg., New York, N.Y. 10007

[21] Appl. No.: 363,292

[22] Filed: Mar. 29, 1982

### Related U.S. Application Data

[63] Continuation of Ser. No. 905,475, May 12, 1978, abandoned.

[51] Int. Cl.⁴ .............................................. A01G 9/02

[52] U.S. Cl. .............................................. 47/17; 47/66

[58] Field of Search ........................................ 47/59–61, 47/65, 39, 67, 78, 17, 76

[56] References Cited

#### U.S. PATENT DOCUMENTS

2,669,065  2/1954  Clegg .................................... 47/76

Primary Examiner—Robert E. Bagwill
Attorney, Agent, or Firm—Peter Roper; George Spector

[57] ABSTRACT

A farm structure for growing plants or crop in a small area or increasing an area for farming, composed of several tiers of cloth, one above another, each cloth supporting a quantity of earth in which plants are growing; water used in watering plants on the uppermost tier, dripping downward successively through at the tiers, so to water the plants in each tier; extra layers of cloth snapped under any tier for greater water retention, flood lights under each tier, giving light to plants in a tier therebelow and warming a soil thereabove, and an elevator mechanism for lowering the tiers of a large outdoor model, so that harvesting can be done more efficiently at a ground level.

4 Claims, 9 Drawing Figures

EXHIBIT I0



36/

PETER CHRISTIAN RORK   U.S. Patent 4,713,909

**U.S. Patent**   Dec. 22, 1987   Sheet 1 of 1   **4,713,909**

(PAGE 37)



Fig. 1

EXHIBIT 10

Fig. 2

Fig. 3

Fig. 4

Fig. 5

Fig. 6

Fig. 7

Fig. 8

Fig. 9

POT with ground

Fig 9
Floral Pot
with
(51) Floral
Sponge
Foam
Functional
Equivalent

FOAM

Page 37   EXHIBIT D   Page 37
(2:)   Another Patent D Rawing from Pete CRork

*EXHIBIT IO*

*EXHIBIT IO* (2) 4,713,909 (38)

1

## INDOOR AND OUTDOOR CLOTH FARM

This is a continuation of application Ser. No. 905,475, filed May 12, 1978, now abandoned.

This invention relates generally to miniature farms.

A principal object of the present invention is to provide a miniature farm in which plants are grown in tiers one above another, so to require less ground area.

Another object is to provide a miniature farm in which each tier includes a horizontal cloth holding a quantity of earth in which the plants grow, and irrigation water provided to the plants in the uppermost tier, dripping therethrough and through successive tiers therebelow, so to water all the plants in each tier with a single watering at the top.

Another object is to provide a cloth farm which may be made on either a small or large scale for indoor or outdoor installation.

Still another object is to provide a cloth farm wherein extra cloths snapped under a tier gives greater water retention in the tier, as needed by plants.

Still another object is to provide a cloth farm in which flood lights under a tier for plants therebelow also serves to give moist heat to roots of plants thereabove.

FIG. 1 is a perspective view of a small indoor model of the invention.

FIG. 2 is a perspective view of one of the cloth platforms shown above.

FIG. 3 is an enlarged detail thereof so to illustrate the snap fasteners that support it.

FIG. 4 shows another design of cloth platform support consisting of eyelets on the cloth and hooks on the frame.

FIG. 5 is a side view, partly in cross section, of a large commercial out-of-door model.

FIG. 6 is a detail of another out-of-door model in which the platforms can be lowered for purpose of seeding, hoeing or harvesting more conveniently and safely at ground level.

FIG. 7 is a cross section of another design of cloth platform, in which electric lights underneath serve to provide light for plants in a next lower cloth platform, the light also serving to heat and humidify water in the soil thereabove, so to create improved environment for the growing plants.

FIG. 8 shows the lamp of FIG. 7 above, and indicates a pan therebelow to catch some water which it heats and vaporizes.

FIG. 9 is a view of another design of the invention in which a cloth pot is held in on inner shell supported over an outer shell.

Referring now to the drawing in greater detail, and more particularly to FIGS. 1 through 4 thereof at this time, the reference numeral 10 represents a cloth farm according to the present invention, which is of indoor type. It includes a frame 11 that supports several tiers of cloth 12, one above the other, either by means of interconnecting snap fasteners 13 on the frame and cloth corners, or by means of pegs 14 on frame hooking into grommet openings 15 along the cloth edges.

The cloth may be stitched so to form individual compartments 16 by means of cloth partitions 17 therebetween or simply by upward folds 18 supported over beams 19 of the frame. Soil 20 is placed on the supported cloth to a depth sufficient for growing the plants 21.

The model of cloth farm shown in FIG. 1 includes enclosing partitions 22 around sides thereof, which may comprise mirrors so to reflect the images of flowers growing therein for a more rich display. Outer sides of

2

partitions may be decorated with designs or paintings, as preferred.

Beneath a lowermost tier, a tank 23 serves to catch and hold the dripped water for re-use conservation. A spigot 24 is provided for draining water from the tank. The frame also encloses a bin 25 for extra soil and a bin 26 for tools, the bins being closable by hinged covers 27. The frame is supported upon wheels 28 so that the cloth farm can be moved between different areas of a house.

A nearby floor lamp 29 gives light to plants on the different tiers.

In FIG. 5 a cloth farm 30 is large so to be for outdoor use, and includes the above described cloths and frame for the soil and plants. In this design water to the uppermost tier is provided through watering system 31, in which a motor-driven pump 32 delivers water to sprinklers 33.

FIG. 3 also clearly shows that additional cloths 34 can be snapped to the underside of cloth 12 by means of snap fasteners 35 for increasing water retention in a tier.

In FIG. 6, an outdoor cloth farm 40 is the same as outdoor cloth farm 30 except that a mechanism 41 is included for each tier, so to lower the same to a ground level at time of harvesting so to be more convenient.

In FIGS. 7 and 8 illuminating lamps 42 secured to underside of a cloth, give light to plants in a tier therebelow. A pan 43 integral with the lamp frame serves to hold downward draining water in the soil, so that heat from the lamp therebelow heat the water so to humidify the soil in a warmed manner and thus promote better root growing conditions.

In FIG. 9 there is shown another design 44 of the invention that includes cloth pot 45 in an inner shell support frame 46 having sideward arms 47 placable in grooves 48 of an outer shell 49. Snap fasteners 50 are along a lower edge of the frame 46. The outer shell 49 includes a sponge lining 51 and also includes locks 52 at bottom of grooves 48 so to lock the arms 47 therein. A saucer 49 is at the bottom of the outer shell, and a spigot 50 therebeneath serves to drain water out therefrom.

In the present invention, the food or flower production formula of D/R=M, applies wherein D equals a depth (of soil), R equals root length and M equals the multiplier Factor to determine the number of plantings possible for each type plant.

What is claimed as new is:

1. A plant cultivator comprising a cloth structure adapted to hold cultivating material for growing plants with means for varying retention of irrigating liquid in said cultivator in combination with means for supporting said structure in horizontal position at various elevations above a base surface wherein said structure includes a plurality of vertically spaced, superimposed sections, first said means comprising removable cloth layers.

2. A cultivator as in claim 1 second said means comprise movable supports for each section, said supports being driven by a mechanism to position said sections at variable elevations, wherein said supports are mounted on vertical members.

3. A plant cultivator comprising a structure supporting moveable vertically spaced superimposed cloth layers, adapted to hold cultivating material for growing plants, wherein each layer comprises removeable sections.

4. A cultivator as in claim 3, wherein said structure further comprises movable supports for each layer, said supports being driven by a mechanism to position said layers at various elevations wherein said supports are mounted on vertical members.

* * * * *

(38)

*FIG 9.*
*FLORAL FOAM SPONGE LINING-51*
*Functional equivalent*

(3) /  EXHIBIT 23

2. Registration Number:  TXu-16-141

Title:  The Prospect and developement of a cloth-fabrics farm and garden a
agricultural cities on Earth and space : the agricity prospectus / by F
Charles Roper.

Description:  1 p.
Claimant:  Peter Charles Roper
Created:  1979
Registered:  21Feb79
Special Codes:  1/B/D

COPYRIGHTED FEB 21, 197;

EXHIBIT 23

(39/

(30')

Instruction schools, camps, and services.
*Pr:* Menahem Less
*Sec:* Carl Less
*VP:* Gary Books

**GARDEN CITY CASINO & REST**
*See GARDEN CITY INC*

D-U-N-S 00-694-2684
**GARDEN CITY CO-OP INC (KS)**
106 N 6th St, Garden City, KS 67846-5545
Tel (620) 275-6161 *Founded/Ownrshp 1919*
*Sales 48.8MM Emp 78*
*Accts Underberg & Vogel CPA*
*SIC 5153 5191 5172 3541 5411* Grains, whl;
Feed, whl; Seeds: field, garden, and flower, whl;
Fertilizer and fertilizer materials, whl; Chemicals,
agricultural, whl; Petroleum products, npe, whl;
Filling stations, gasoline, ret; Truck stops, ret;
Convenience stores, ret.
*Pr CEO:* Irvin Clubine
*Tr:* Marc Miller
*VP:* Ken Jameson

D-U-N-S 93-903-2322
**GARDEN CITY FEED YARD LLC**
1805 W Annie Scheer Rd, Garden City, KS 67846
Tel (620) 275-4191 *Founded/Ownrshp 1994*
*Sales 31MM Emp 60*
*Accts Wilson Haag & Co PC Amarill*
*SIC 0211 Beef cattle feedlots.*
*Tr:* Odess Lovin

D-U-N-S 87-716-5860
**■ GARDEN CITY GROUP INC**
*(Suby of CRAWFORD & CO) ■*
105 Maxess Rd Ste 320, Melville, NY 11747-3847
Tel (631) 470-5000 *Founded/Ownrshp 1994, 1999*
*Sales 32MM Emp 208*
*SIC 8111 Specialized legal services.*
*Ch Bd:* Michael J Barr
*Pr:* David Isaac
*Ex VP:* Neil Zola
*Sr VP:* Richard Cohen
*Sr VP:* Lois Schnipper
*VP:* Fabia D'Alleva
*VP:* Timothy O'Neill
*VP:* Andrew Sommer
*VP:* Ardo Razi
*Board of Directors:* Peter Callahan.

D-U-N-S 07-278-4002
**GARDEN CITY HOSPITAL OSTEOPATHIC**
**(MI)**
6245 Inkster Rd, Garden City, MI 48135-4001
Tel (734) 458-3200 *Founded/Ownrshp 1942, 1986*
*Sales 121MM Emp 1,200*
*Accts Ernst & Young LLP*
*SIC 8062 8011 General medical and surgical
hospitals; Offices and clinics of medical doctors.*
*Pr:* Gary R Ley
*CFO:* Rob Giddings
*CFO VP:* Christopher Palazzolo
*VP:* Mitch Nimmoor
*VP Opers:* Tom Daskalakis

D-U-N-S 10-683-2157
**GARDEN CITY HOTEL INC (NY)**
45 7th St, Garden City, NY 11530-2807
Tel (516) 747-3000 *Founded/Ownrshp 1982*
*Sales 16MM Emp 475*
*Bank First National Bank, Jericho, NY*
*SIC 7011 Hotels.*
*Ch Bd:* Myron Nelkin
*Pr:* Catherine Nelkin
*Cont:* Gary Slade

D-U-N-S 01-092-0817
**GARDEN CITY INC (CA)**
360 Saratoga Ave, San Jose, CA 95129-1324
Tel (408) 244-3333 *Founded/Ownrshp 1974, 1993*
*Sales 23.1MM Emp 569*
*SIC 7999 Card rooms.*
*Pr:* Eli Reinhard
*CFO:* Sharon Bass Lighterink
*Sec:* Sheryl L Standridge
*VP:* Michael Fletcher
*VP:* Lou Fyke
*Acctg:* Ron Sommerville
*Treas:* Frederick Wyle

D-U-N-S 84-743-4248
**GARDEN COMPANIES INC**
6072 Shallowford Rd, Chattanooga, TN 37421-
1611
Tel (423) 499-4488 *Founded/Ownrshp 1990*
*Sales 37.2MM Emp 125*
*SIC 5191 Seeds: field, garden, and flower, whl;
Grass seed, whl.*
*Pr CEO:* Steve Strever
*Sec:* Tom Downs
*Cont:* Paula Potter
*Board of Directors:* Fred Danforth, Jack O'Mara,
Rick Schreiber; Carl Stanton.

D-U-N-S 16-225-0920
**GARDEN FOODS INC (MI)**
6430 Wyoming St, Dearborn, MI 48126-2342
Tel (313) 584-2800 *Founded/Ownrshp 1989*
*Sales 12MM Emp 54*
*Bank Comerica Bank, Dearborn Heights, MI*
*Accts Ahmad Chebbani Ea*
*SIC 5149 Juices, whl; Soft drinks, whl.*
*Pr:* Chaker Aoun
*VP:* Mohammed Baraka
*Cont:* Abey Bachrouche

D-U-N-S 17-905-5843
**GARDEN FRESH DISTRIBUTION SERVICE
INC (MD)**
700 Barnsboro Rds, Richwood, NJ 08074
Tel (856) 582-6646 *Founded/Ownrshp 1987*
*Sales 12MM Emp 5*

SIC 5148 Fresh fruits and vegetables, whl.
*Pr:* Mervin Letter
*VP:* Chris Letter

D-U-N-S 11-513-2617
**A GARDEN FRESH RESTAURANT CORP**
**(CA)**
SOUPLANTATION
15822 Bernardo Center Dr, San Diego, CA 92127-
2320
Tel (858) 675-1600 *Founded/Ownrshp 1983*
*Sales 214MM Emp 5,400*
*Tlx Sym LTUS Exch NMS*
*Accts KPMG LLP*
*SIC 5812 Restaurant, family; chain, ret.*
*Ch Bd Pr:* Michael F Mack
*COO:* Lloyd J Helprewer
*Sr VP Opers:* R Gregory Keller
*Sec Fin:* David W Qualls
*VP:* Walter J Carucci
*VP:* Ken Keone
*VP Hum Rsrcs:* Kenneth J Keane
*Ex Dir:* Richard Thompson
*Ex Dir:* John Weston
*Board of Directors:* Edgar F Berner, Edward A
Blechschmidt, Robert A Gunst, Michael M
Minchin Jr, David Nierenberg, John M Robbins.

**GARDEN FRESH SALAD**
*See GARDEN FRESH SALAD CO INC*

D-U-N-S 05-602-1223
**GARDEN FRESH SALAD CO INC (MA)**
GARDEN FRESH SALAD
15-20 Heing Prod Ctr, Chelsea, MA 02150
Tel (617) 884-1580 *Founded/Ownrshp 1966, 1970*
*Sales 28.3MM Emp 20*
*Bank Fleet National Bank, Providence, RI*
*SIC 5148 2099 Fruits, fresh, whl; Vegetables,
fresh, whl; Cole slaw, in bulk.*
*Pr Tr:* Ivanete D'Alleva
*VP:* Luigi D'Alleva
*VP:* Mary D'Alleva
*Cont:* Lisa Burke

D-U-N-S 07-111-0040
**GARDEN GAZEBO INC (VA)**
5595 Raby Rd Ste 8, Norfolk, VA 23502-2460
Tel (757) 461-0337 *Founded/Ownrshp 1995*
*Sales 14MM Emp 20*
*SIC 5261 5193 Retail nurseries and garden stores,
ret; Nursery stock, whl.*
*Pr:* Darryl Katrancha

**GARDEN GROVE HOSPITAL**
*See TENET HEALTHCARE*

**GARDEN GROVE HYUNDAI**
*See HAN KOOK ENTERPRISE INC*

D-U-N-S 10-108-5226
**GARDEN HOLDINGS INC**
650 Madison Ave Fl 24, New York, NY 10022-
1029
Tel (212) 838-9660 *Founded/Ownrshp 2000*
*Sales 228MM Emp 3,500*
*SIC 5999 Artificial flowers, ret; Candle shops, ret;
Picture frames, ready made, ret.*

**GARDEN ISLE SEAFOOD**
*See GARDEN & VALLEY ISLE SEAFOOD INC*

D-U-N-S 79-427-9037
**GARDEN MALL INC (IN)**
PIPERS ENTERTAINMENT CENTER
5629 Saint Joe Rd, Fort Wayne, IN 46835-2047
Tel (260) 486-1979 *Founded/Ownrshp 1989*
*Sales 3MM Emp 195*
*SIC 5813 7299 Night clubs, ret; Banquet hall
facilities.*
*Pr:* Stanley Liddell Jr

D-U-N-S 06-891-4020
**GARDEN MANOR EXTENDED CARE CEN-
TER INC (OH)**
6898 Hamilton Middletown, Middletown, OH
45044-7859
Tel (513) 424-5321 *Founded/Ownrshp 1950, 1967*
*Sales 5.4MM Emp 250*
*SIC 8051 8361 Convalescent home with con-
tinuous nursing care; Residential care.*
*Pr:* Sam Boyment
*Tr:* Rachel Boyment
*VP:* Gideon Eldad
*Cont:* Jim Seidenblatter

D-U-N-S 01-684-1905
**GARDEN MANOR FARMS INC**
355 Food Center Dr, Bronx, NY 10474-7000
Tel (718) 893-5350 *Founded/Ownrshp 1997*
*Sales 12.5MM Emp 25*
*SIC 5147 Meats and meat products, whl.*
*Pr:* Stanley Wilhelm

**GARDEN OF EDEN**
*See MONTAGUE FANCY FOOD INC*

D-U-N-S 05-106-8224
**GARDEN OF LIFE INC**
770 Northpoint Pkwy Ste 100, West Palm Beach, FL
33407
Tel (561) 748-2477 *Founded/Ownrshp 2000*
*Sales 16.3MM Emp 79*
*SIC 2834 Vitamin, nutrient, and hematinic
preparations for human use.*
*Owner:* Jordan Rubin
*Owner:* Nickan Rubin
*CFO:* Robert Craviri
*CFO:* Brian Ray
*COO:* Rich Peng

**GARDEN PALS INC (CA)**
*(Suby of FORMOSA TOOLS CO LTD, Taiwan
China Rep Of)*
5400 E Francis St, Ontario, CA 91761-3603
Tel (909) 605-0200 *Founded/Ownrshp 1990*
*Sales 11.6MM Emp 90*
*SIC 5083 3423 2514 2511* Lawn and garden
machinery and equipment, whl; Hand and edge
tools, nec; Metal household furniture; Wood
household furniture.
*Pr:* Chang-Fun Hsu
*CEO GM:* Tony Hsu
*CFO:* Ivy Hsu

D-U-N-S 03-957-3720
**■ GARDEN PARK COMMUNITY HOSPITAL
LP (MS)**
COLUMBIA GARDEN MEDICAL CENTER
*(Suby of HCA INC) ■*
15200 Community Rd, Gulfport, MS 39503-3085
Tel (228) 575-7000 *Founded/Ownrshp 1973, 1995*
*Sales 22.5MM Emp 500*
*SIC 8062 General medical and surgical hospitals.*
*Pr:* Tommy Feist MD
*CEO:* Jack Bovender
*CFO:* Regina Moore
*CFO:* Regina Ramakrishnan
*COO:* Dianne Tieton
*V Sec:* Daphne King
*Cont:* Cindy Canfield

**GARDEN PLAZA CONVALESCENT HOME**
*See AMADA ENTERPRISES INC*

D-U-N-S 00-632-7322
**GARDEN PRINTS INC (CA)**
2915 E 12th St, Los Angeles, CA 90023-3623
Tel (323) 268-3478 *Founded/Ownrshp 1958*
*Sales 17.8MM Emp 130*
*Bank Union Bank of California NA, San Francisco,
CA*
*SIC 2261 2392* Printing of cotton broadwoven
fabrics; Tablecloths and table settings; Towels,
dishcloths and dust cloths.
*Dwnr Pr:* Richard Savduh
*CFO:* Jeff Zone
*Sr VP:* John Savduh
*VP:* Bill Castner
*Qual Cntrl Mgr:* Grace McKnoll

**GARDEN RIDGE**
*See GARDEN RIDGE HOLDINGS INC*

D-U-N-S 29-118-1106
**GARDEN RIDGE CORP**
*(Suby of GARDEN RIDGE HOLDINGS INC) ■*
19411 Atrium Pl Ste 170, Houston, TX 77084-
6024
Tel (281) 579-7901 *Founded/Ownrshp 1979, 2000*
*Sales 461MM Emp 3,500*
*Accts Arthur Anderson LLP*
*SIC 5999 5719 5945 5947 5992* Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Pic-
tures, wall, ret; Pottery, ret; Hobby and craft sup-
plies, ret; Arts and crafts supplies, ret; Party
favors, ret; Flowers, fresh, ret.
*Ch Bd CEO:* Armand Shapiro
*Pr:* Jack Lewis
*Sr VP Ce:* Jane L Arbuthnot
*Ex VP:* Cal Eller
*Sr VP:* Dan Ferguson
*Sr VP:* Barbara Helm
*Sr VP:* Richard Nawrot
*VP:* Bill Bennant
*VP:* Norman M Broty
*VP:* Denna Dye
*VP:* Stephen C Rax
*VP:* David Henly
*VP:* Lisa Lovell
*Comp Cont:* Andy Musselman
*Cont:* Bruce Breedlove

D-U-N-S 12-580-4950 IMP
**GARDEN RIDGE HOLDINGS INC**
GARDEN RIDGE
19411 Atrium Pl Ste 170, Houston, TX 77084-
6024
Tel (832) 391-7201 *Founded/Ownrshp 1979, 1992*
*Sales 261MM Emp 4,000*
*SIC 5999 5719 5945 5947 5992* Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Pic-
tures, wall, ret; Pottery, ret; Hobby and craft sup-
plies, ret; Arts and crafts supplies, ret; Party
favors, ret; Flowers, fresh, ret.
*Ch Bd CEO:* Armand Shapiro
*Pr:* Jack Lewis
*CFO VP:* Jane L Arbuthnot
*Sr VP Opers:* Chuck Denny
*Sr VP:* Dan Ferguson
*VP:* Wendell Funk
*VP:* Lisa Lovell
*Cont:* Bruce Breedlove

D-U-N-S 13-108-4241
**GARDEN RIDGE INVESTMENTS INC**
*(Suby of GARDEN RIDGE CORP) ■*
19411 Atrium Pl Ste 170, Houston, TX 77084-
6024
Tel (281) 579-7901 *Founded/Ownrshp 1979*
*Sales 228MM Emp 3,500*
*SIC 5999 5719 5945 5947 5992* Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Bed-
dings and linens, ret; Pictures, wall, ret; Hobby
and craft supplies, ret; Arts and crafts supplies,
ret; Party favors, ret; Flowers, fresh, ret.
*Pr CEO:* Paul Daves
*CFO Sec:* Jane Arbuthnot
*Cont:* Bruce Breedlove

**GARDEN RIDGE G (TX)**
*GARDEN RIDGE POTTERY*
*(Suby of GARDEN RIDGE INVESTMENTS INC)*
19411 Atrium Pl Ste 170, Houston, TX 77084-
6024
Tel (281) 579-7901 *Founded/Ownrshp 1979, 1*
*Sales 228MM Emp 3,500*
*SIC 5999 5719 5945 5947 5992* Artificial flowers,
ret; Candle shops, ret; Picture frames, ready
made, ret; Kitchenware, ret; Glassware, ret; Bed-
dings and linens, ret; Pictures, wall, ret; Hobby
and craft supplies, ret; Arts and crafts supplies,
ret; Party favors, ret; Flowers, fresh, ret.
*Ch:* Armand Shapiro
*Pr CEO:* Paul Daves
*CFO VP:* Jane Arbuthnot
*Sr VP:* Kevin Rutherford
*VP:* Denna Dye
*VP:* David S Hensley
*Cont:* Bruce Breedlove
*Cont:* Andy Musselman

**GARDEN RIDGE POTTERY**
*See GARDEN RIDGE LP*

D-U-N-S 78-660-5758
**GARDEN SATURN INC (NY)**
SATURN
265 N Franklin St, Hempstead, NY 11550-1310
Tel (516) 565-2200 *Founded/Ownrshp 1992*
*Sales 13MM Emp 33*
*SIC 5521 5511* Used car dealers, ret; New and
used car dealers, ret.
*Pr:* John Burns

**GARDEN SPOT AUTO AUCTION**
*See GARDEN SPOT EQUIPMENT AUCTION*

D-U-N-S 04-386-0509
**GARDEN SPOT EQUIPMENT AUCTION (PA**
GARDEN SPOT AUTO AUCTION
1605 Apple St, Ephrata, PA 17522-1300
Tel (717) 738-7900 *Founded/Ownrshp 1962*
*Sales 20.5MM Emp 80*
*SIC 5012 Automobile auction, whl.*
*V Pr Sec:* J Omar Landis

D-U-N-S 87-896-7009
**GARDEN SPOT VILLAGE (PA)**
433 S Kinzer Ave, New Holland, PA 17557-9360
Tel (717) 355-6000 *Founded/Ownrshp 1990*
*Sales 7.9MM Emp 270*
*Accts Brown Schultz Sheridan & Fritz*
*SIC 6513 8051 6513* Dwelling operators, except
apartments; Skilled nursing care facilities; Apart-
ment building operators.
*Ch Bd:* Dale H Weaver
*V Ch:* Philip Hess
*CEO:* Steve Lindsey
*CFO:* Philip Burkholder
*Sec:* Robert Kauffman
*Tr:* C Kenneth Mattan
*VP Opers:* John W Farber
*Ex Dir:* Neum Kravbill
*Ex Dir:* Melvin Kravbill

**GARDEN STATE AUTO PARK**
*See GARDEN STATE FORD INC*

D-U-N-S 01-140-8125
**GARDEN STATE AUTO PARK PONTIAC
GMC TRUCK INC (NJ)**
105 Hwy 36, Eatontown, NJ 07724-2509
Tel (732) 542-7800 *Founded/Ownrshp 1983*
*Sales 34MM Emp 120*
*Bank Fleet National Bank, Chatham, NJ*
*SIC 5511 New and used car dealers, ret.*
*Pr:* John Schmelz

**GARDEN STATE BUSINESS SYSTEMS**
*See DATAMATION SYSTEMS INC*

D-U-N-S 06-139-0922
**GARDEN STATE ENGINE & EQUIPMENT
CO INC (NJ)**
3509 US Highway 22, Somerville, NJ 08876-3457
Tel (908) 534-4444 *Founded/Ownrshp 1977*
*Sales 13.3MM Emp 35*
*Accts Konigsberg Wolf & Co PC*
*SIC 5082 General construction machinery and
equipment, whl.*
*Pr:* Paul Beldosano
*VP:* Frank Squigna
*Cont:* Dick Press

D-U-N-S 36-135-6421
**GARDEN STATE FORD INC (NJ)**
GARDEN STATE AUTO PARK
131 Newmans Springs Rd E, Shrewsbury, NJ
07702-4011
Tel (732) 542-7800 *Founded/Ownrshp 1989*
*Sales 25.7MM Emp 90*
*Bank United Trust Bank, Bridgewater, NJ*
*SIC 5511 New and used car dealers, ret.*
*Pr:* John Schmelz

D-U-N-S 10-731-4127
**GARDEN STATE HOSPICE**
70 Jackson Dr, Cranford, NJ 07016-3510
Tel (908) 931-9080 *Founded/Ownrshp 1995, 2000*
*Sales 10.3MM Emp 165*
*SIC 8069 8051 Cancer hospital; Skilled nursing
care facilities.*
*CEO:* Andrew Horowitz
*CFO:* Robert Anderson

**■ GARDEN STATE LIFE INSURANCE CO**
**(TX)**
ANICO
*(Suby of AMERICAN NATIONAL INSURANCE CO
INC) ■*
2450 S Shore Blvd Ste 401, League City, TX

EXHIBIT 12    (41)

## Garden Ridge Corp. (GRDG)

**Contact:**
19411 Atrium Place, Suite 170
Houston,
TX 77048

281-579-7901
**Officers:**
Jack E. Lewis, Pres./COO
Jane L. Arbuthnot, CFO/Sec.
David S. Hensely, VP
Jane L. Arbuthnot, CFO
**Products:**
Megastore retailer sells home crafts, accessories
decorative products at low price
**Employees:**
2,900

**Competitors:**
**Underwriters:**
The Robinson - Humphrey Co.
**Actual Offer Price:**
$ 15
**Shares Offered:**
2,990,000
**Outstanding Shares:**
17,928,587
**IPO Date:**
5/5/95
**Offer Price:**
$ 10 - 12

*EXHIBIT 12*

### Income Data (Thousand $) (Year Ended - Jan 31 )

| Year | Revenues | Costs | Oper Income | Taxes | Net Income | EPS |
|------|----------|-------|-------------|-------|------------|-----|
| 1992 | 56,538 | 35,240 | 2,073 | 646 | 1,281 | .35 |
| 1993 | 64,014 | 39,989 | 4,632 | 1,352 | 2,573 | .22 |
| 1994 | 100,002 | 61,938 | 7,993 | 2,441 | 4,152 | .36 |
| 1995 | 148,087 | 92,328 | 11,277 | 4,390 | 6,878 | .42 |
| 1996 | 225,315 | 144,054 | 11,184 | 4,619 | 8,036 | .45 |

*1993 - $2.5 Billion*
*1994 - $4.15 Billion*
*1995 - $6.9 Billion*
*1996 - $8 Billion & 36 million*

### Balance Sheet Data (Thousand $) (Year Ended - Jan 31 )

| Year | LT Debt | SH Equity | Total Assets | Cash | Acct Recv. | Inventory | Total Cur Assets | Total Cur Liability | PPE |
|------|---------|-----------|--------------|------|------------|-----------|------------------|---------------------|-----|
| 1992 | NA | 1,671 | NA | 1,244 | 157 | 8,936 | 10,859 | 5,624 | 3,235 |
| 1993 | 15,212 | 11,211 | 32,364 | 6,616 | 170 | 9,218 | 19,388 | 5,941 | 3,644 |
| 1994 | 16,730 | 15,267 | 43,992 | 117 | 330 | 16,566 | 24,163 | 11,995 | 10,903 |
| 1995 | 300 | 55,531 | 73,326 | 7,544 | 906 | 27,850 | 40,571 | 17,495 | 21,590 |
| 1996 | 237 | 113,763 | 137,382 | 32,494 | 1,725 | 43,817 | 86,659 | 23,382 | 40,358 |

### Cash Flow Summary (Thousand $ )

| Year | Net Cash-Ops | Net Cash-Inv | Net Cash-Fin | Net Change |
|------|--------------|--------------|--------------|------------|
| 1992 | 1,724 | (18,670) | 18,100 | 1,154 |
| 1993 | 1,206 | (1,402) | 5,568 | 5,372 |
| 1994 | 867 | (8,779) | 1,413 | (6,499) |
| 1995 | 3,959 | (13,188) | 16,656 | 7,427 |
| 1996 | (1,681) | (23,565) | 50,196 | 24,950 |

### Quarterly Performance (Thousand $ )

| Qtr Ended | Revenues | Net Income | EPS |
|-----------|----------|------------|-----|
| Jan-94 | NA | NA | NA |
| Apr-94 | 17,046 | NA | 0 |
| Jul-94 | 17,377 | NA | .01 |
| Oct-94 | 27,322 | NA | .05 |
| Jan-95 | 38,257 | NA | .30 |

(41)

# YAHOO! FINANCE 🌐 Search - Finance Home - Yahoo! - Help

*EXHIBIT 13*



Monday, December 8 2003 9:57pm ET - U.S. Markets Closed.

**Welcome [Sign In]**                                    To track stocks & more, Register

## Industry Center - Retail (Specialty)     *EXHIBIT 13*

Industry Center > Retail (Specialty) > Garden Ridge Corporation Company Profile

*Page 42*

**More On This Industry**
· Summary
· News
· Leaders & Laggards
· Company Index
· Industry Browser

**Related Industries**
· Retail (Apparel)
· Retail (Catalog & Mail Order)
· Retail (Department & Discount)
· Retail (Drugs)
· Retail (Grocery)
· Retail (Home Improvement)
· Retail (Technology)

**Top Industries**
· Aerospace & Defense
· Airlines
· Auto & Truck Manufacturers
· Biotechnology & Drugs
· Chemical Manufacturing
· Communications Equipment
· Communications Services
· Computer Hardware
· Computer Services
· Electric Utilities
· Food Processing
· Gold & Silver
· Insurance (Prop. & Casualty)
· Major Drugs
· Metal Mining
· Natural Gas Utilities
· Oil & Gas - Integrated
· Regional Banks
· Retail (Department & Discount)
· Semiconductors
· Software & Programming
**Complete Industry List...**

**Garden Ridge Corporation Company Profile**

Megastore retailer Garden Ridge offers decorating accessories for more than just the garden. The company operates more than 40 stores, each covering almost three acres and located off major highways in 13 states (Texas has 18 stores). Its stores sell baskets, candles, crafts, home accents, housewares, party supplies, pictures and frames, pottery, seasonal items, and silk and dried flowers. Garden Ridge, which started with a single store outside of San Antonio in 1979, was bought by a group of investors (including chairman Armand Shapiro) led by Three Cities Research in 2000.

**Contact Information**
Address:  19411 Atrium Place, Ste. 170
          Houston, TX 77084
Phone:    281-579-7901
Fax:      281-578-0999

**Financial Highlights**

| Fiscal Year End: | January |
| Revenue (2002): | 400.00 M |
| Revenue Growth (1 yr): | 9.60% |
| Employees (2002): | 1,800 |
| Employee Growth (1 yr): | 0.00% |

**Key People**
• Chairman: Armand Shapiro
• EVP and CIO: Richard E. Nawrot
• SVP and CFO: Jane L. Arbuthnot

**Industry Information**
Sector: Services
Industry: Retail (Specialty)

**Top Competitors**
• Hobby Lobby Stores, Inc.
• Michaels Stores, Inc. (MIK)
• Wal-Mart Stores, Inc. (WMT)

*Need more? Get additional in-depth company and industry information from Hoover's Online.*

*EXHIBIT 13*

( 42 )

**INVOICE** *1979-1987*

*TO— GARDEN Ridge Corp*
*194 11 ATRIUM Place Ste 170*
*HOUSTON, Texas 77084*
*GARDEN Ridge Finance.*
*GARDEN Ridge Investments. (45)*

| Invoice Date: |
| *1979 — 1987* |
| Invoice Number: |
| *1979-1987* |
| Customer Number: |
| **500** |

*FROM—* Peter Christian *Inc CHARLES RO Pr*
Attn: Peter Christian
1550 Wilcox St
Apt 205
Hollywood CA 90028

*EXHIBIT 14*

*Copyright and Patent Royalty for Floral Foam Sponge Flower Pots*

| DATE | TYPE | DOC NO | REF NUMBER | DESCRIPTION | PAGE | DEPTH | RATE | AMOUNT |
|------|------|--------|-----------|-------------|------|-------|------|--------|
| *1979* | | *MILLIONS Floral* | *1979* | *ROYALTY For* | | | | *222,222.22* |
| *1980* | | *FOAM* | *1980* | *Copyright #xu 69-514* | | | | *223,222.22* |
| *1981* | | *SPONGE* | *1981* | | | | | *222,222.22* |
| *1982* | | *Flower* | *1982* | | | | | *202,222.22* |
| *1983* | | *Pots* | *1983* | | | | | *222,222.22* |
| *1984* | | *+* | *1984* | | | | | *222,222.22* |
| *1985* | | *SILK* | *1985* | | | | | *222,222.22* |
| *1986* | | *Flower* | *1986* | | | | | *222,222.22* |
| *1987* | | | *1987* | *U S Patent 4,713,909* | | | | *1,333,333* |
| | | | | *Royalty 1987-93* | | | | |
| | | | | *$1 235,295 per year* | | | | *1682,360* |
| | | | *x* | *TOTAL* | | | | *3,333,333.34* |

---

**Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please contact Accounts Receivable at (   )**

| Invoice Date | Invoice Number |
| *1979* | *1979-1987* |
| Customer Number | |
| **500** | |

C

| | **PLEASE PAY** *$3,333,333* *.00* |

Peter Christian *Inc CHARLES RO Pr*
1550 Wilcox St
Apt 205
Hollywood CA 90028

*(45)*

☐ Mastercard  ☐ Visa  ☐ Amex
Credit Card # _____
Exp Date___/___/_____ Amount _____
Signature_____

**INVOICE** *199*

*To - GARDEN RIDGE CORR*
*19211 ATRIUM PLACE STE 170*
*HOUSTON, Texas 77084*
*GARDEN RIDGE FINANCE*
*GARDEN RIDGE Holdings* *(4:)*
*GARDEN RIDGE LLP*

| | |
|---|---|
| **Invoice Date:** | *1997 - 2006* |
| **Invoice Number:** | *1978 - 2006* |
| **Customer Number:** | *500* |

*From —* **Peter Christian** *CHARLES ROPER*
**Attn: Peter Christian**
**1550 Wilcox St**
**Apt 205**
**Hollywood CA 90028**

*EXHIBIT 16*

*Copyright and Patent (Royalty on Floral Foam Sponge Frame Pots + Silk Flowers*

| DATE | TYPE | DOC NO | REF NUMBER | DESCRIPTION | PAGE | DEPTH | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1997 | INV | 1978 | MILLIONS OF FLORAL FOAM SPONGE FRAME POTS MILLIONS SILK Flowers | (Copyright TX 469-514 (Copyright TXU (Copyright TXU (Copyright TXU (Copyright TXU Royalty For U.S. Patent 4,713,909 Royalty 199. - 1997 | | | | 222,222.22 |
| 1998 | | | | | | | | 222,222.22 |
| 1999 | | | | | | | | 222,222.22 |
| 2000 | | | | | | | | 222,221.22 |
| 2001 | | | | | | | | 222,222.22 |
| 2002 | | | | | | | | 222,222.22 |
| 2003 | | | | | | | | 222,222.22 |
| 2004 | | | | | | | | 222,222.22 |
| 2005 | | | | | | | | 222,222.22 |
| 2006 | | | | | | | | |
| | | | | Total | | | | 3,333,333.33 |

---

**Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please contact Accounts Receivable at (...)**

| Invoice Date | Invoice Number |
|---|---|
| | |
| **Customer Number** 500... | |

**PLEASE PAY:** *3,333,333*.00

**Peter Christian** *Charles Roper*
**1550 Wilcox St**
**Apt 205**
**Hollywood CA 90028**

☐ Mastercard ☐ Visa ☐ Amex
Credit Card # _____
Exp Date __/__/_____ Amount _____
Signature _____

*(4)*

**INVOICE** /988-1996

*GARDEN RIDGE Holdings.*
*GARDEN RIDGE FINANCO,*
*—GARDEN RIDGE Corp*
*19411 Atrium Place*
*Houston Texas 77084 ( )*
*GARDENRIDGE LLP*

Peter Christan *CHARLes Rohr*
**Attn: Peter Christian**
**1550 Wilcox St**
**Apt 205**
**Hollywood  CA 90028**

| Invoice Date: |
|---|
| /988 - 1996 |

| Invoice Number: |
|---|
| 1988 - 1996 |

| Customer Number: |
|---|
| 500 |

*EXHIBIT 17*

*Copy*

| DATE | TYPE | DOC NO | REF NUMBER | DESCRIPTION | PAGE | DEPTH | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1988 | | | MILLIONS | Royalty on | | | | 222,222. 22 |
| 1989 | | | FLORAL | COPYRIGHT+TXU-695 | | | | 222,222. 22 |
| 1990 | | | FOAM | Copyright -TXU | | | | 222,222. 22 |
| 1991 | | | SPonge | Copyright -TXU | | | | 222,222. 22 |
| 1992 | | | Flower | Copyright -TXU | | | | 222,222. 22 |
| 93 | | | Pots | Copyright -TXU | | | | 222,222. 22 |
| 1994 | | | AND MILLION | | | | | 222,222. 22 |
| 1995 | | | SILK | U.S. Patent Royalty | | | | 222,222. 22 |
| 1996 | | | Flower | 1995 — 2004 | | | | |
| | | | | $235,295 per year | | | | 1,882,360 |
| | | | | Total | | | | 3,333,333. 33 |

**Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please contact Accounts Receivable at ( )**

| Invoice Date | Invoice Number |
|---|---|
| 1988-96 | 1988-1996 |

| Customer Number |
|---|
| 500 |

**PLEASE PAY** /3,353,333 .00

Peter Christan *CHARles Rohr*
**1550 Wilcox St**
**Apt 205**
**Hollywood  CA 90028**

*(45)*

□ Mastercard  □ Visa  □ Amex
.Credit Card # _____
Exp Date___/___/_____ Amount _____
Signature_____



# Garden Ridge

HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR

Store Locator          Store Events          News          Employment

## News

*EXHIBIT 14*

**News Releases**

April 15, 2005 - GARDEN RIDGE INCREASES COMP SALES IN MARCH; NEXT COURT HEARING SET FOR APRIL 28

March 30, 2005 - GARDEN RIDGE ANNOUNCES COURT APPROVAL OF DISCLOSURE STATEMENT

March 25, 2005 - GARDEN RIDGE INCREASES COMP SALES IN FEBRUARY; NEXT COURT HEARING SET FOR MARCH 29

Feb. 23, 2005 - GARDEN RIDGE INCREASES COMP SALES IN JANUARY

Feb. 10, 2005 - GARDEN RIDGE FILES PLAN OF REORGANIZATION

Feb. 1, 2005 - GARDEN RIDGE ANNOUNCES AGREEMENT IN PRINCIPLE WITH KEY GROUPS ON TERMS OF REORGANIZATION PLAN

Jan. 19, 2005 - GARDEN RIDGE REPORTS APPROVAL OF DIP FINANCING; ADDITIONAL LEASE AMENDMENTS SIGNED

Jan. 13, 2005 - GARDEN RIDGE REPORTS COMP SALES INCREASE; OPERATING INCOME FOR DECEMBER

Dec. 23, 2004 - GARDEN RIDGE REPORTS DIP FINANCING EXTENSION AND EMERGENCE FINANCING COMMITMENT

Dec. 14, 2004 - GARDEN RIDGE REPORTS OPERATING INCOME FOR NOVEMBER; BANKPRUTCY COURT EXTENDS EXCLUSIVITYPERIOD FOR PLAN FILING

Nov. 16, 2004 - GARDEN RIDGE REPORTS IMPROVED MARGINS AND EARNINGS; LEASE NEGOTIATIONS NEARING COMPLETION

Sept. 30, 2004 - GARDEN RIDGE SIGNS MORE STORE LEASE AMENDMENTS; SEPTEMBER SALES UPDATE AND PROMOTIONS ANNOUNCED

Sept. 2, 2004 - GARDEN RIDGE RECORDS THIRD STRAIGHT MONTH OF SALES INCREASES

July 26, 2004 - DOUBLE-DIGIT INCREASE; HIGHEST IN FOUR YEARS; FINANCING SET FOR HOLIDAY BUYS






HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR

Tips        How To's          Store Locator



# Floral & Greenery

The largest assortment of silk and dried floral,
greenery all resides at Garden Ridge. Each se
beautiful new floral arrangements, or all the c
need to create your own masterpiece. If gree
you'll love our lush, low-maintenance silk tree
silk plants. Adding a natural touch to your déc
been easier or more affordable!

## Savings This Week!

### Spring is in the

Garden Ridge is *the* p
floral and greenery!
30% on all rose stem
(reg. 1.99-6.99, sale
shown.  And save 25
Garden° floral stems.
bring a touch of the s
home and for any spe
have more floral and
other store...all at pri
beat.

*Prices good 2/9/2005*

Contact Us      Company Info      Employment      Vendor Info      Our Stores      Online Registration

EXHIBIT   9/9

(4-8)

*EXHIBIT 20    ( )*



THE HOME DECOR & CRAFT MARKETPLACE

HOME DECOR  SEASONAL  KITCHEN, BED & BATH  FLORAL & GREENERY  BRIDAL & PARTY  CRAFTS  PATIO & POTTERY  ART, MIRR

This Week's Ad    Store Locator    Store Events    Special





## Art, mirro
## BO6

It's a great tim
your walls and
special photos
week's "Buy O
Off Second On
don't miss the
selections and
have for your \
and celebration
week's ad for c
*Prices good Fe*

**Experience Garden Ridge »**

*We do not offer online or catalog shopping.
To browse through our huge assortment of home décor accents,
please visit your local Garden Ridge store.*

### Come Visit Our Stores!





Photo provided by Wilton

### Featured This Week



**BOGOs in art, mirrors & frames!**

This week, buy any mirror or framed art, and get
50% off a second piece of mirror or piece of
framed art.  And buy any frame, and get 50% off
a second frame.  Second item must be of equal
or lesser value.

*Prices good Feb 9 - 15, 2005*

### Featured This Week



**Clearance sale going on now**

We're clearing out huge sele
merchandise to make room for ne
pottery, garden decor and more..
week!  Right now, save an ext
already-reduced red-tag clearanc

*Prices good Feb 9 - 15, 2005*

Contact Us    Company Info    Employment    Vendor Info    Our Stores    Online Registration

*EXHIBIT 20*

*(49).*

EXHIBIT (50)



EXHIBIT 21

(50)

# garden ridge pottery

stangl pottery, blue ridge pottery, fostoria glass, lefton china, porcelain flower

*EXHIBIT 22*

advertisements
*page 51*

**Chinacraft Rate Offer**
US$1=UK£0.66 and
UK£1=US$1.50 Offer extended
until February 13th!

**Royal Doulton China**
Compare prices on millions of
items Search over 200,000 stores!

**Royal Doulton China**
Compare prices on Kitchen
Tableware!

**Royal Doulton Chin:**
Up to 50% off. All patte
Authorized dealer. Onlin

Ads by :

## Looking for garden ridge pottery?

## The best place on the Internet to find it is eBay. eBay is the best place for anything related to pottery and glassware and has given me an amazing and safe shopping experience. CLICK HERE to visit and get your FREE account on eBay to find garden ridge pottery

There is an IPO for Garden Ridge Pottery this week, and I am soliciting opinions on whether to enter into this one. Garden Ridge is a retail chain of 5 specialty stores in Texas selling dried flowers, baskets, pottery, etc. The clientele is mostly female, and the stores remind me of a Home Depot, for women! I am concerned that two of the companies five stores have unrenewable leases that expire in 1996. Does any one out there know anything else about Garden Ridge and is willing to render an opinion on the $10-$12 share price???? I have read the propectus.

garden ridge pottery: I came home with a huge glass and wrought iron pendant style hanging candlehold size estimates, the size of a milk jug. It was marked from $50 down to $30. It is in the corner of the livin now, hanging from the ceiling between 2 large Pre-Raphaelite posters and it looks great. I also picked up supplies for the fairy garland swap project. Would like to go back with more cash and pick up some of the Halloween lights (Cute pumpkin face light strings of 10 for $2.44) If you are near a Garden Ridge, go ch out and look for good sales!

garden ridge pottery: Then I went to Garden Ridge Pottery, a pottery/garden/crafts center. Got my pots a to the checkout. The young woman looked at my shirt and said, "What's that?". I said "Well, there's this computer operating system called Unix...." and she says "Oh, yeah! I get it!" and starts laughing.

garden ridge pottery: To add to the fun, check out this web page www.partylights.com I have a lot of the whimsical lights all over my yard. Garden Ridge Pottery carries some fun lights, but this is the best sour: lights are for our eyes only in the back yard, but they give the yard a holiday atmosphere even in the wor

(47)   (51)

(39.1)  EXHIBIT 23

2. Registration Number:  TXu-16-141
             Title:  The Prospect and developement of a cloth-fabrics farm and garden a
                     agricultural cities on Earth and space : the agricity prospectus / by P
                     Charles Roper.
        Description:  1 p.
         Claimant:  Peter Charles Roper
          Created:  1979
        Registered:  21Feb79
     Special Codes:  1/B/D

(Copyrighted Feb 21, 1979

EXHIBIT 23)

(39)

(39)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GARDEN RIDGE CORPORATION, | ) Case No. 04-10324 (KJC) |
| et al,, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Re: Docket No. *2044* |

### ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS

Upon consideration of the Eighth Omnibus Objection to Claims (the
"Objection")[1] of the above-captioned reorganized debtors in these chapter 11 cases (collectively,
the "Debtors"), filed pursuant to sections 105 and 502(b) of title 11 of the United States Code, 11
U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and Rules 3001, 3003 and 3007 of the Federal
Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by which the Debtors have requested
the entry of an order disallowing and expunging the claims (the "Claims") identified on the
schedules annexed hereto and made a part hereof as Exhibits A through C, on the grounds set
forth in the Objection; and upon consideration of the Objection and the arguments contained
therein, and the opposition thereto, if any; and any opposition to the Objection having been
overruled, resolved or withdrawn; and it appearing that due notice of the Objection has been
given, and that no other or further notice need be given; and sufficient cause appearing therefor;
it is

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

DB01:1967935.1

062883.1001

ORDERED, that the Claims listed on Exhibit A through C annexed hereto are hereby disallowed and expunged; and it is further

ORDERED, that this Order is without prejudice to the rights of any party in interest to: (a) object to the Claims on grounds other than as stated in the Objection if any such claim is reconsidered; (b) object, on any available grounds, to any claim in these cases including, but not limited to, all of the Claims listed on Exhibits A through C to the Objection or any other claims (filed or not) against the Debtors; and (c) file and prosecute any and all actions pursuant to chapter 5 of the Bankruptcy Code that the Debtors or their designee may have against the holders of the Claims; and it is further

ORDERED, that this Court shall retain jurisdiction over the Debtors and the claimants who filed Claims with respect to any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2006

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

## PROOF OF SERVICE

1

2  STATE OF CALIFORNIA, COUNTY OF *Los Angeles* *Bork Christian*

3  CASE NAME: *04-10324 Garden Ridge v. Ron*

4  CASE NUMBER *04-10324* ) (USDC – *Bankuptcy Court* *Docket 20044* *District of Delaware*

5  I am employed in the County of *Los Angeles*, State of California. I am

6  over the age of 18 and *not* a party to the within action; my business address is:

7  [X]

8  On: *March 15 2006* I served the following document described as:

9

10  *NOTICE OF APPEAL, APPeal*

in this action by transmitting a true copy thereof enclosed in a sealed envelope

11  addressed as follows:

12  *Young Conway Stargatt*

13  *the Brandly Wine Bldg.*
*1000 West St. 17th Floor,*

14  *Wilmington, Delaware 1980*

15  *P.O. Box 391. Wilmington Delaware*
*19899-0391)*

16  [X]  **BY MAIL**  As follows: I am "readily familiar" with the firm's practice of
collection and processing correspondence for mailing. Under that practice it would

17  be deposited with U.S. postal service on that same day with postage thereon fully
prepaid at *Hollywood* California in the ordinary course of business. I am aware

18  that on motion of the party served, service is presumed invalid if postal cancellation

19  date or postage meter date is more than one day after date of deposit for mailing in
affidavit.

20

21  [ ]  **BY PERSONAL SERVICE** I delivered such envelope by hand to the offices
of the above-identified recipients.

22

23  [ ]  **FEDERAL** I declare that I am employed in the office of a member of the bar
of this Court at whose direction the service was made.

24  Executed on *March 15*, 2006 *Hollywood* California.

25

26  *P. Chals Hossner*

27  *P. Chals Hossng 3/15/06*

28

8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GARDEN RIDGE CORPORATION, | ) | Case No. 04-10324 (KJC) |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Re: Docket No.** _2044_ |

## ORDER GRANTING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS

Upon consideration of the Eighth Omnibus Objection to Claims (the "Objection")[1] of the above-captioned reorganized debtors in these chapter 11 cases (collectively, the "Debtors"), filed pursuant to sections 105 and 502(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and Rules 3001, 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by which the Debtors have requested the entry of an order disallowing and expunging the claims (the "Claims") identified on the schedules annexed hereto and made a part hereof as Exhibits A through C, on the grounds set forth in the Objection; and upon consideration of the Objection and the arguments contained therein, and the opposition thereto, if any; and any opposition to the Objection having been overruled, resolved or withdrawn; and it appearing that due notice of the Objection has been given, and that no other or further notice need be given; and sufficient cause appearing therefor; it is

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED, that the Claims listed on Exhibit A through C annexed hereto are hereby disallowed and expunged; and it is further

ORDERED, that this Order is without prejudice to the rights of any party in interest to: (a) object to the Claims on grounds other than as stated in the Objection if any such claim is reconsidered; (b) object, on any available grounds, to any claim in these cases including, but not limited to, all of the Claims listed on Exhibits A through C to the Objection or any other claims (filed or not) against the Debtors; and (c) file and prosecute any and all actions pursuant to chapter 5 of the Bankruptcy Code that the Debtors or their designee may have against the holders of the Claims; and it is further

ORDERED, that this Court shall retain jurisdiction over the Debtors and the claimants who filed Claims with respect to any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2006

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: __04-10324_____ ⚫BK   ◯AP

If AP, related BK Case Number: _____

Title of Order Appealed:
Order Granting Debtors' Eighth Omnibus Objection To Claims.

Docket Number: _2083_____   Date Entered: _2/22/06_____

| Item Transmitted: | ⚫Notice of Appeal | ◯ Motion for Leave to Appeal |
|---|---|---|
| | ◯ Amended Notice of Appeal | ◯ Cross Appeal |
| | Docket Number: _2118_____ | Date Filed: _3/20/06_____ |

*Appellant/Cross Appellant:          *Appellee/Cross Appellee
Peter Christian Roper                Garden Ridge Corporation et al          ⬛

Counsel for Appellant:               Counsel for Appellee:
_Pro-se_____ ⬛  Sean T. Greecher

_____   Young, Conaway, Stargatt & Taylor_____

_____   The Brandywine Building_____

_____   1000 West Street, 17th Floor_____

_____   Wilmington, DE 19801_____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?  ◯Yes  ⚫No

IFP Motion Filed by Appellant?  ⚫Yes  ◯ No

Have Additional Appeals to the Same Order been Filed?  ◯Yes  ⚫No
    If so, has District Court assigned a Civil Action Number?   ◯Yes  ⚫No  Civil Action # _____

Additional Notes:
Including copy of Order denying In Forma Pauperis application dated 8/31/06_____

___9/7/06_____   By: _Ken Brown_____
Date                                    Deputy Clerk

_____
                                        FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06