

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv555 GMS

FILED

OCT 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NIXIE

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19859001918

*1962-07616-03-42

02 10/06/06

Peter Christian Roper
1550 Wilcox St.
Room 205
Hollywood, CA 90028

# Utility Events

1:06-cv-00555-UNA In re: Garden Ridge Corporation et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 9/13/2006 at 4:39 PM EDT and filed on 9/13/2006
**Case Name:**       In re: Garden Ridge Corporation et al
**Case Number:**     1:06-cv-555
**Filer:**
**Docnment Number:**

### Docket Text:
Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

### 1:06-cv-555 Notice will be electronically mailed to:

Sean T. Greecher    sgreecher@ycst.com, bank@ycst.com

### 1:06-cv-555 Notice will be delivered by other means to:

Peter Christian Roper
1550 Wilcox St.
Room 205
Hollywood, CA 90028