# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

FREDERICK B. ROSNER
DIRECT DIAL: (302) 651-4943
E-MAIL: fbrosner@duanemorris.com

www.duanemorris.com

November 21, 2006

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Room 4324
Lockbox 19
Wilmington, Delaware 19801

    Re:    Peter Christian Roper v. Garden Ridge Corporation, et al.
            **Civil Action No. 06-555 (GMS)**

Dear Judge Sleet:

    I was appointed as mediator in the referenced bankruptcy appeal. I have made two attempts by mail along with numerous attempts by telephone to contact the appellant in the above-referenced case. Both mailings were returned as unable to be delivered. As I am not able to contact the appellant, I respectfully request that the Court return this matter to the Court's normal briefing schedule or such other disposition as the Court deems appropriate.

    I am available at the Court's convenience.

Respectfully,

Frederick B. Rosner

cc:    Sean T. Greecher, Esquire (via first class mail)
        Peter Christian Roper (via first class mail)



FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200    WILMINGTON, DE 19801-1246    PHONE: 302.657.4900   FAX: 302.657.4901
DM3\420157.1