IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| GARDEN RIDGE CORPORATION, et al. | : | Bankruptcy Co. No. 04-10324 |
| Debtors | : | |
| PETER CHRISTIAN ROPER | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-555 GMS |
| GARDEN RIDGE CORPORATION, et al. | : | |
| Appellees | : | |

## ORDER

WHEREAS, on September 7, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on February 17, 2006, was filed (D.I. 1);

WHEREAS, on September 13, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on November 28, 2006, a letter, which is construed as a Notice of Completion of Mediation, was filed by Frederick B. Rosner, Esq. (D.I. 5);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than December 28, 2006.

Nov. 29, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE