Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

DEC 28 2006

RG
Scanned

RETURN TO SENDER

Peter Christian Roper
1550 Wilcox St.
Room 205
Hollywood, CA 90028

WILMINGTON DE 197
30 NOV 2006 PM 3 L

Mailed From 19801
11/30/2006
$00.630
US POSTAGE

NIXIE        900    1        00 12/23/06
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 19899001818        *1727-12242-30-39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| GARDEN RIDGE CORPORATION, et al. | : | Bankruptcy Co. No. 04-10324 |
| Debtors | : | |
| PETER CHRISTIAN ROPER | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-555 GMS |
| GARDEN RIDGE CORPORATION, et al. | : | |
| Appellees | : | |

### ORDER

WHEREAS, on September 7, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on February 17, 2006, was filed (D.I. 1);

WHEREAS, on September 13, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on November 28, 2006, a letter, which is construed as a Notice of Completion of Mediation, was filed by Frederick B. Rosner, Esq. (D.I. 5);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than December 28, 2006.

Nov. 29, 2006
_____          _____
DATE                         UNITED STATES DISTRICT JUDGE

FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE